# EXHIBIT 2

# TO

# COMPLAINT



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Feb 3 04:15:33 EST 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start List At: ___  OR  Jump to record: ___  **Record 14 out of 20**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | SEARCH SYSTEMS |
| **Goods and Services** | IC 042. US 100 101. G & S: investigative services, namely, skip tracing for locating individuals, businesses or authorized agents,[ bank searches,] employment searches, telephone information searches, property searches, equity searches, real estate information searches, driver record information searches, uniform commercial code filings, consumer public filings and civil and criminal court records searches. FIRST USE: 19900626. FIRST USE IN COMMERCE: 19900626 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.07.12 - Diamonds with bars, bands and lines<br>26.09.02 - Plain single line squares; Squares, plain single line<br>26.11.02 - Plain single line rectangles; Rectangles (single line)<br>26.11.13 - More than one rectangle; Rectangles (more than one)<br>26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s)<br>26.17.06 - Bands, diagonal; Bars, diagonal; Diagonal line(s), band(s) or bar(s); Lines, diagonal |
| **Serial Number** | 75011788 |
| **Filing Date** | October 30, 1995 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 3, 1996 |

| | |
|---|---|
| Registration Number | 2019094 |
| Registration Date | November 26, 1996 |
| Owner | (REGISTRANT) Koster, Prudence DBA **SEARCH SYSTEMS** INDIVIDUAL UNITED STATES P.O. Box 544 Newbury Park CALIFORNIA 913190544 |
| | (REGISTRANT) Koster, Tim DBA **SEARCH SYSTEMS** INDIVIDUAL UNITED STATES P.O. Box 544 Newbury Park CALIFORNIA 913190544 |
| Attorney of Record | EDWARD N. BACHAND |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SEARCH" APART FROM THE MARK AS SHOWN |
| Description of Mark | The mark is lined for the color blue. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY