# EXHIBIT 6

# TO

# COMPLAINT

----- Original Message -----
From: "susan comolli" <smcomolli@cox.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Sunday, October 02, 2005 5:19 PM
Subject: Search Systems Premium Services: Problem

> From: susan comolli
> Email: smcomolli@cox.net
> Subject: Problem
>
> You cannot get any criminal records on your site which you lead people to beleive you
can. I want my money refunded asap. thankyou susan comolli
>
>

----- Original Message -----
From: "susan comolli" <smcomolli@cox.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Sunday, October 02, 2005 6:33 PM
Subject: Search Systems: Problem

> From: susan comolli
> Email: smcomolli@cox.net
> Subject: Problem
>
> Your site is very deceitful.ou cant pull up anyones criminal records. I want a full refund
asap or I will report you to the atty general office and the BBB susan comolli
>
>
----- Original Message -----
From: "Jack Funderburk" <Jackunderburk@verizon.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Sunday, October 02, 2005 7:01 PM
Subject: Search Systems Premium Services: Problem

> From: Jack Funderburk
> Email: Jackunderburk@verizon.net
> Subject: Problem
>
> I just paid $29 to get information and my password doesn't get me anywhere. I want
nationwide records on one person. Please cancel and credit my account if I cannot get the
information I need for the money I've paid.
>
----- Original Message -----

From: "BETTY R HOWERTON" <HOWERTONTEX@AOL.COM>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Monday, October 03, 2005 1:32 AM
Subject: Search Systems Premium Services: Problem

> From: BETTY R HOWERTON
> Email: HOWERTONTEX@AOL.COM
> Subject: Problem
>
> MY MOTHERS MAIDEN NAME IS: PRITCHARD.  THAT WAS THE SECRET
QUESTION.
>
> WHY CAN I NOT ACCESS.  I HAVE HAD A TERRIBLE TIME EVEN TRYING
TO ENROLL.  THE PRINT IS WAY TOO SMALL ON SOME OF THE ITEMS.
>
> >
----- Original Message -----
From: "Michael Roberts" <mkstoy@aol.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Monday, October 03, 2005 7:11 AM
Subject: Search Systems: Problem

> From: Michael Roberts
> Email: mkstoy@aol.com
> Subject: Problem
>
> I cannot log on to one of your sites with the password you sent me when I signed up for
your service user name is 2004 Password is 1000
>
>
----- Original Message -----
From: "mark derbyshire" <mderbyshire@unitedvanlines.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Monday, October 03, 2005 9:59 AM
Subject: Search Systems Premium Services: Problem

> From: mark derbyshire
> Email: mderbyshire@unitedvanlines.com
> Subject: Problem
>
> just signed up as a paid subsriber and user id does work
>
>
----- Original Message -----
From: "Mark Derbyshire" <mderbyshire@unitedvanlines.com>

To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Monday, October 03, 2005 11:28 AM
Subject: RE: Search Systems Premium Services: Problem

> Thanks for the reply.  I am not sure what is gone on.  I put all my
> information on the registration screen and credit card.   It jumps to a log
> in screen and it tells me that my password is in valid.  I did give it an ID
> and pass on the registration screen.
>
> So help
>
> Mark Derbyshire, CRP
> Park Moving & Storage Co., Inc.
> Baltimore, MD
> 800-732-6683
> 410-575-6960
> FAX 410-575-7309
>
>----- Original Message -----
From: "2004" <djsracing@netzero.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Monday, October 03, 2005 1:37 PM
Subject: Search Systems: Problem

> From: 2004
> Email: djsracing@netzero.net
> Subject: Problem
>
> I would like my 29.95 back. This is not what I wanted to access. Please refund my
money. I just signed up Thank you DJ
>
>
----- Original Message -----
From: "Bert Blackard" <bert@psbcherryvale.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Tuesday, October 04, 2005 7:24 AM
Subject: Search Systems: Problem

> From: Bert Blackard
> Email: bert@psbcherryvale.com
> Subject: Problem
>
> I am having problems signing in.  My email address is above and my password is
> V3F1812 but I can\'t make it work.

&gt;
&gt;
&gt;
&gt;----- Original Message -----
From: "thorson" <kenlaraine2@aol.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Tuesday, October 04, 2005 7:59 AM
Subject: Search Systems Premium Services: Feedback

&gt; From: thorson
&gt; Email: kenlaraine2@aol.com
&gt; Subject: Feedback
&gt;
&gt; I just signed up and I want to do a background check and my password is not
recognized   mu user number is 2004 and my password is 1000
&gt;
&gt;


----- Original Message -----
From: "Richard Fortenbery" <richtnhealth@cs.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Tuesday, October 04, 2005 2:57 PM
Subject: Search Systems Premium Services: Feedback

&gt; From: Richard Fortenbery
&gt; Email: richtnhealth@cs.com
&gt; Subject: Feedback
&gt;
&gt; I just subscribed and the system assigned a user name "2004" and password "1000".
When I tried to log in, I received a message stating that passwords must be at least 5
characters.  Please email my "user name" and "password" to my email address at
richtnhealth@cs.com or call at (615)321-5810.
&gt;
&gt; Thank you.
&gt;
&gt;
----- Original Message -----
From: "Boo Kinsey" <thetinmen@tds.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Wednesday, October 05, 2005 9:55 AM
Subject: Search Systems Premium Services: Testimonial

&gt; From: Boo Kinsey
&gt; Email: thetinmen@tds.net
&gt; Subject: Testimonial
&gt;

> It keeps telling me that I have entered an invalid ID, when I know I haven't.
>
>
----- Original Message -----
From: "Boo Kinsey" <thetinmen@tds.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Wednesday, October 05, 2005 10:16 AM
Subject: Re: Re: Search Systems Premium Services: Testimonial

>I bought it at Courts Online. My ID is bookinsey
>
> Boo
>
> From: "Tim Koster" <tjkoster@searchsystems.net>
> Date: 2005/10/05 Wed PM 01:11:22 EDT
> To: "Boo Kinsey" <thetinmen@tds.net>
> Subject: Re: Search Systems Premium Services: Testimonial
>
>

----- Original Message -----
From: "Boo Kinsey" <thetinmen@tds.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Wednesday, October 05, 2005 10:45 AM
Subject: Re: Re: Search Systems Premium Services: Testimonial

> Here's the URL   http://www.courtsonline.org/
>
> Boo Kinsey
> 912-729-9042
>
>
> From: "Tim Koster" <tjkoster@searchsystems.net>
> Date: 2005/10/05 Wed PM 01:28:10 EDT
> To: "Boo Kinsey" <thetinmen@tds.net>
> Subject: Re: Re: Search Systems Premium Services: Testimonial
>
>

----- Original Message -----
From: "Jean" <jthompson@baymedical.org>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Thursday, October 06, 2005 6:22 AM
Subject: Search Systems Premium Services: Problem

\> From: Jean
\> Email: jthompson@baymedical.org
\> Subject: Problem
\>
\> I am having difficulty with my password
\>
\>
----- Original Message -----
From: "paul pacitti" <PaulPacitti@CompleteRealtyInc.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Thursday, October 06, 2005 7:46 AM
Subject: Search Systems: Problem

\> From: paul pacitti
\> Email: PaulPacitti@CompleteRealtyInc.com
\> Subject: Problem
\>
\> Please cancel my order your offer is very misleading.
\>
\>


----- Original Message -----
From: "Paul Pacitti" <PaulPacitti@CompleteRealtyInc.com>
To: "'Tim Koster'" <tjkoster@searchsystems.net>
Cc: <Anti.Phishing.Team@aexp.com>
Sent: Thursday, October 06, 2005 12:21 PM
Subject: RE: Search Systems: Problem

\>
\> http://www.courtrecords.org/register.html This is the web site
\> Paul Pacitti



----- Original Message -----
From: "Robert L. Wright" <robertlw@mchsi.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Thursday, October 06, 2005 5:45 PM
Subject: Search Systems Premium Services: Problem

\> From: Robert L. Wright
\> Email: robertlw@mchsi.com
\> Subject: Problem
\>
\> I cannot login. You got my money but I cannot use your website. My Username is 2004

> Password is 1000. This is what I was told to use. I printed it out so I wouldn't forget.
>
>

----- Original Message -----
From: "ritchie gragg" <ritchiegragg@earthlink.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Thursday, October 06, 2005 7:20 PM
Subject: Search Systems Premium Services: Question

> From: ritchie gragg
> Email: ritchiegragg@earthlink.net
> Subject: Question
>
> what is my password?
>
>

----- Original Message -----
From: "Susanne Lenahan" <susannelenahan@msn.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Friday, October 07, 2005 5:15 AM
Subject: Search Systems: Problem

> From: Susanne Lenahan
> Email: susannelenahan@msn.com
> Subject: Problem
>
> What\'s up?  When I try to enter as a premium member because I filled out everything I
needed to, it says something is wrong like the user name.  I don\'t have patience for this
website if I can not be connected properly and in a timerly manner.  I did put all the
correct information in and I can not get service.  Most states give this information away
for free if you understand how to move about the system.  Ido understand that but if I
cannot get into the sysem I can not get the information that I am willing to spend 106
dollars for.   What\'s up?
>
>

----- Original Message -----
From: "Susanne Lenahan" <susannelenahan@msn.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Friday, October 07, 2005 5:29 AM
Subject: Search Systems: Feedback

> From: Susanne Lenahan
> Email: susannelenahan@msn.com
> Subject: Feedback
>
> Please send me back the information asap. You should have my e-mail address from
when I signed up.   My time clock is ticking and I am wasting time that I have paid for.
>
>


----- Original Message -----
From: "Pat Guy" <pat.guy@hcahealthcare.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Friday, October 07, 2005 1:41 PM
Subject: Search Systems Premium Services: Problem

> From: Pat Guy
> Email: pat.guy@hcahealthcare.com
> Subject: Problem
>
> To Whom It May Concern:
>
> I am a new memember as of 15 minutes ago and I need a password to engage your
services immediately.  Please advise.
>
> Thanks.
> Pat
>
>


----- Original Message -----
From: "Mack L Robinson" <mackmrob@aol.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Friday, October 07, 2005 4:21 PM
Subject: Search Systems: Problem

> From: Mack L Robinson
> Email: mackmrob@aol.com
> Subject: Problem
>
> my password dose not work.
>
>
----- Original Message -----
From: "Darlene Brownell" <lilbitdar@aol.com>
To: "Tim Koster" <tjkoster@searchsystems.net>

Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Friday, October 07, 2005 4:36 PM
Subject: Search Systems: Feedback

> From: Darlene Brownell
> Email: lilbitdar@aol.com
> Subject: Feedback
>
> I purchased your services today with a \"4 digit\" user name and \"4 digit\" password
sent to me by you, but will not allow to to receive page and kicks me back to home
page?  Could you please send me info to tell me how to get \"Criminal Record\", ect??
> Thank-you,
> lilbitdar
>
>
>

----- Original Message -----
From: "Susan Martin" <susanmartin9@aol.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Friday, October 07, 2005 4:55 PM
Subject: Search Systems Premium Services: Problem

> From: Susan Martin
> Email: susanmartin9@aol.com
> Subject: Problem
>
> I have paid to sign up with Web Detective and was under the impression that was all I
was going to be asked to pay.  I clicked onto many of their links and I am then taken to
other sites that require that I pay them to get the information that I already have paid for.
Can you please explain this to me?
>
> Sincerely,
> Susan Martin
>
>

----- Original Message -----
From: "Louise Brawley" <Louise.Brawley@gmail.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Friday, October 07, 2005 8:00 PM
Subject: Search Systems: Problem

> From: Louise Brawley
> Email: Louise.Brawley@gmail.com

> Subject: Problem
>
> My password HVT578 will NOT work.  I am paying attention to the case of the letters.
Please help me = I haven\'t been able to get on this to even see if I like it!  I think I got on
only once or twice & tonite it just won\'t work.
>
>

----- Original Message -----
From: "Virginia Anderson" <vaanderson@aol.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Saturday, October 08, 2005 12:07 AM
Subject: Search Systems: Problem

> From: Virginia  Anderson
> Email: vaanderson@aol.com
> Subject: Problem
>
> I was hoping to get information..all I got was ...taken...go here, go there, pay more
money...I am cancelling my credit card payment.
>
> And I spent 40 minutes of my time when I finally got enough nerve to check out
someone and ....got nothing...
>
>
>
>

----- Original Message -----
**From:** nancy lilly
**To:** tjkoster@searchsystems.net
**Sent:** Saturday, October 08, 2005 12:00 AM
**Subject:** cannot access the searchsystem

Mr. Koster.  The credit card was John R. Everett's name . We can not renember what the
e-mail address was put in or which password was entered.  I recall typing in
jeverett3@san.rr.com.  the user name was 2004  &  password your company assigned
was 1000. **HELP!!!** Can we use the user name John Everett and the e-mail
nadalilly@sbcglobal.net  using my personal password? or do I need to use the password I got from
you?  do we need to start all over again? Cause

----- Original Message -----
From: "Matthew Stenta" <mattystents@hotmail.com>
To: <tjkoster@searchsystems.net>
Sent: Saturday, October 08, 2005 7:31 AM

Subject: Re: Search Systems Premium Services: Feedback

> Wait, when you sign up, at the bottom it says if you do not cancel before
> the 7 days is up you will be charged the full amount...the person sitting
> next to me saw the same thing, isn't it 9.95 for 4 weeks grand total of
> like 39.95?
>
>

----- Original Message -----
**From:** Lilbitdar@aol.com
**To:** tjkoster@searchsystems.net
**Sent:** Saturday, October 08, 2005 8:21 AM
**Subject:** Re: Search Systems: Feedback

I already paid $29.95 + for your services and have yet to be able to use your service for some
reason?  Please see records for acknowledgement as needed.  This was placed on my "Master
card" and if your services are free why did you take my money?  I sincerely wanted the use of
your services to gain personal information for criminal records, etc... and that's why I choose your
company.  If you don't offer this and more as I thought than I am requesting my money be
returned.

                                                    Sincerely,

----- Original Message -----
From: "Heidi Lee" <pulelehuakona@hotmail.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Saturday, October 08, 2005 1:22 PM
Subject: Search Systems: Problem

> From: Heidi Lee
> Email: pulelehuakona@hotmail.com
> Subject: Problem
>
> My password wont work? Why?Please help.
>
>

----- Original Message -----
From: "Raymond Daniel Bowles" <rbowles3@houston.rr.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Saturday, October 08, 2005 11:07 PM
Subject: Search Systems: Problem

> From: Raymond Daniel Bowles
> Email: rbowles3@houston.rr.com
> Subject: Problem
>
> I have paid up and you keep wanting more money. How do I get what I paid for. or get out of this scam
>
>
----- Original Message -----
From: "Julie Fairchild" <jules@tcsn.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Sunday, October 09, 2005 12:06 AM
Subject: Search Systems: Question

> From: Julie Fairchild
> Email: jules@tcsn.net
> Subject: Question
>
> Do you have an agreement with Courtsonline.org to link with your site? Do you receive a portion of their \'membership\' fee whenever their site directs a user to your site?(you should) I am very unhappy with what they actually supply v. what they claim to supply-they seem to be what I call a scam site-and am gathering information for a complaint against their site only,not yours, requesting a refund of their fee only. Thank you for your time and help.
>
>
----- Original Message -----
From: "William Smith" <bills1@ameritech.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Sunday, October 09, 2005 2:54 AM
Subject: Search Systems: Feedback

> From: William Smith
> Email: bills1@ameritech.net
> Subject: Feedback
>
> I don\'t think much of this program.
> Please cancel my subscription, and refund my money.
> Several different places, my city
> (Columbus Indiana) isn\'t even listed. The important information, you have to pay extra to see it, several pages are not available.
> I am really dissapointed.
>
>

----- Original Message -----
**From:** <u>Julie Fairchild</u>
**To:** <u>Tim Koster</u>
**Sent:** Sunday, October 09, 2005 3:34 PM
**Subject:** Re: Search Systems: Question


Thank you for you reply. I am disputing the charge from courtsonline.org and would like to use your email as evidence for my Credit Card company. May I?

If I can be of any help in your attempts to block them from illegally linking to your website, please let me know.

Julie

Tim,

Here is the billing info I received. Hope it helps.

Julie

"MARK MUSSELMAN"
<directdigitalmedia@supremeserver14.com>

To:

Subject:

Date:

"Julie Fairchild"
<julesreata@yahoo.com>
DIRECT DIGITAL MEDIA
Customer Receipt/Purchase
Confirmation
Sat, 8 Oct 2005 02:13:06 -0600

======== GENERAL INFORMATION ========

Merchant : DIRECT DIGITAL MEDIA
Date/Time : 08-Oct-2005 04:13:04 AM

======== ORDER INFORMATION ========
Invoice : 1881-2659-0211
Description : Internet order
Amount : 24.99 (USD)
Payment Method : Visa

----- Original Message -----
From: "Stephen Johnson" <<u>stephajohnso@yahoo.com</u>>
To: "Tim Koster" <<u>tjkoster@searchsystems.net</u>>
Sent: Monday, October 10, 2005 6:40 AM
Subject: Search Systems Premium Services: Feedback

> From: Stephen Johnson
> Email: stephajohnso@yahoo.com
> Subject: Feedback
> *Username: stephajohn
>
> I would like to be removed from your service and to receive a refund of the
charge. If I knew that I would have to continue paying after I payed the initial fee I
never would have agreed to it.
>
> Stephen A. Johnson
> stephajohn
>
> *This user was logged in when the message was sent.
>
>


----- Original Message -----
From: "melody hampton" <melodyhre1@aol.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Monday, October 10, 2005 7:41 AM
Subject: Search Systems Premium Services: Question

> From: melody hampton
> Email: melodyhre1@aol.com
> Subject: Question
>
> i am trying to use your site ,but when i try to get information i am still being askde to
pay
>
>


----- Original Message -----
From: "Richard Ziehmer" <ziehmer@bestnetpc.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Monday, October 10, 2005 8:40 AM
Subject: Search Systems: Problem

> From: Richard Ziehmer
> Email: ziehmer@bestnetpc.com
> Subject: Problem
>
> You took my credit coard info, but am not able to use the site.  How do I log on to do a
credit check.  Please let me know right away, or I will be forced to call my credit card
company to report your lack of action. Z

>
>

----- Original Message -----
From: "Robert McCauley" <mccauley936@comcast.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Monday, October 10, 2005 9:54 AM
Subject: Search Systems: Feedback

> From: Robert McCauley
> Email: mccauley936@comcast.net
> Subject: Feedback
>
> Password question keep telling me wrong answer when its the right answer.
>
>

----- Original Message -----
From: "Heather" <heatherriddle@sbcglobal.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Monday, October 10, 2005 9:39 PM
Subject: Search Systems Premium Services: Question

> From: Heather
> Email: heatherriddle@sbcglobal.net
> Subject: Question
>
> I paid a fee of $29.00. Does this fee give me access to
> criminal records?  If not I want my membership to be cancelled and my fee refunded.
> Thank you,
> Heather
>
>

----- Original Message -----
From: "sylvia slife" <sylvia_slife@msn.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Tuesday, October 11, 2005 1:55 PM
Subject: Search Systems: Problem

> From: sylvia slife
> Email: sylvia_slife@msn.com
> Subject: Problem

>
> I have forgot my user name and also my password and it also says the e-mail is
wrong.what do I do now? Thank You
>
>


Tim I want to sincerely thank you for taking the time out of your weekend to
respond to my delima.  I feel so used by the net investigator site!!  They still have
not returned any of my e-mails.  Things like this make it difficult for those of us
who are trying to do the best they can with what they have and then these type of
jerks come along and burst whatever bubble you may of had.

Your site has been extremely helpful.  Easy to navigate and get the information
you need that is readily available to you. I do not know what to do to get my      .
money back but if you have any ideas please let me know.

Again Thanks So Much

Janie


----- Original Message -----
From: "Jacqueline DeBoer" <j.deboer2@verizon.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Wednesday, October 12, 2005 4:57 AM
Subject: Search Systems: Feedback

> From: Jacqueline DeBoer
> Email: j.deboer2@verizon.net
> Subject: Feedback
>
> After i paid the 29.99  I was given the user nam 2004 and passwors 1000.  Now when I
sigh on , i and givena message that my password need more charaters.  what is the
problem????
>
>

----- Original Message -----
From: "Jacqueline DeBoer" <j.deboer2@verizon.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Wednesday, October 12, 2005 6:01 AM
Subject: Search Systems: Problem

> From: Jacqueline DeBoer
> Email: j.deboer2@verizon.net
> Subject: Problem
>
> This is a cam.  I cannot find anything without wanting more money
> I am calling my bank
>
>


----- Original Message -----
From: "JACQUELINE DEBOER" <J.DEBOER2@VERIZON.NET>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Wednesday, October 12, 2005 7:15 AM
Subject: Search Systems: Problem

> From: JACQUELINE DEBOER
> Email: J.DEBOER2@VERIZON.NET
> Subject: Problem
>
> PLEASE EXPLAIN WHY I HAVE TO PAY EXTRA FOR CERTAIN RECORDS,
SUCH AS CRIMINAL, ETC
> JUST TO FIND OUT WHEN SOMEONE WWAS MARRIED.  PLEASE CANCEL
THIS AND REFUND THE MONEY TO MY
> BANKCARD.  THIS IS A SCAM
>
> CC
>


----- Original Message -----
From: "Mary Ledee" <ledeemary@aol.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Wednesday, October 12, 2005 2:09 PM
Subject: Search Systems Premium Services: Feedback

> From: Mary Ledee
> Email: ledeemary@aol.com
> Subject: Feedback
>
> Did You get the credit card information and Why do I continue to get charged when I
have paid for the services?
>
>
>


----- Original Message -----

**From:** LedeeMary@aol.com
**To:** tjkoster@searchsystems.net
**Sent:** Wednesday, October 12, 2005 2:45 PM
**Subject:** Re: Search Systems Premium Services: Feedback

Yes, I paid money to Courtrecords.org. They gave me a login information and password then you come up from the searches.

I don't understand what is going on.

Mary Ledee


----- Original Message -----
From: "Terry Crawford" <terry@oz.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Wednesday, October 12, 2005 9:14 PM
Subject: Search Systems: Problem

> From: Terry Crawford
> Email: terry@oz.net
> Subject: Problem
>
> To Whom It May Concern:
>
> You list, on your home page, arrest records.  I have combed your pages and find nothing for arrest records.
>
> I feel I have been had and want you to cancel my membership immediately and refund my credit card.
>
>

----- Original Message -----
From: "Terry Crawford" <terry@oz.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Wednesday, October 12, 2005 9:14 PM
Subject: Search Systems: Problem

> From: Terry Crawford
> Email: terry@oz.net
> Subject: Problem
>
> To Whom It May Concern:
>
> You list, on your home page, arrest records.  I have combed your pages and find

nothing for arrest records.
>
> I feel I have been had and want you to cancel my membership immediately and refund my credit card.
>
>

----- Original Message -----
From: "ali" <ali.malsher@anthonygold.co.uk>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Thursday, October 13, 2005 2:25 AM
Subject: Search Systems: Feedback

> From: ali
> Email: ali.malsher@anthonygold.co.uk
> Subject: Feedback
>
> This is a completely useless site and quite frankly misleading. If i need to check the criminal conviction of someone in the UK i cannot do it.  This was not explained in the information provided before I registered .
>
>

----- Original Message -----
From: "RUTH WIGREN" <ruthienjeffie@cs.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Thursday, October 13, 2005 10:38 AM
Subject: Search Systems: Problem

> From: RUTH WIGREN
> Email: ruthienjeffie@cs.com
> Subject: Problem
>
> cannot logon to site. also can\'t get web page
>
>

----- Original Message -----
From: "phillip r walder" <philwalder@cs.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Thursday, October 13, 2005 11:06 AM
Subject: Search Systems Premium Services: Problem

> From: phillip r walder
> Email: philwalder@cs.com
> Subject: Problem
>
> will not let me log in
>
>


----- Original Message -----
From: "Cynthia R. Roberson" <ginasmoreforless@aol.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Thursday, October 13, 2005 7:36 PM
Subject: Search Systems Premium Services: Problem

> From: Cynthia R. Roberson
> Email: ginasmoreforless@aol.com
> Subject: Problem
>
> Is not what is ordered, very hadr to get information.
>
>

----- Original Message -----
From: "janice brown" <janbrown4151@aol.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Friday, October 14, 2005 11:14 AM
Subject: Search Systems Premium Services: Problem

> From: janice brown
> Email: janbrown4151@aol.com
> Subject: Problem
>
> you gave me the password 1000 when i try to login it want let me
>
>

----- Original Message -----
From: "elaine brannan" <alaine.brannan@blueyonder.co.uk>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Friday, October 14, 2005 5:36 PM
Subject: Search Systems: Problem

> From: elaine brannan
> Email: alaine.brannan@blueyonder.co.uk

> Subject: Problem
>
> i cant log on with my user name
>
>

----- Original Message -----
From: "Janet Morehouse" <JaLaine17@AOL.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Friday, October 14, 2005 5:07 PM
Subject: Search Systems Premium Services: Question

> From: Janet Morehouse
> Email: JaLaine17@AOL.com
> Subject: Question
>
> I am trying to register, but I do not have it rejects a 4 digit  number for my credit card
>
>

----- Original Message -----
From: "kerry taylor" <kezpaul@bigpond.com.au>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Saturday, October 15, 2005 4:21 AM
Subject: Search Systems: Problem

> From: kerry taylor
> Email: kezpaul@bigpond.com.au
> Subject: Problem
>
> I think this website is a joke.  When I got onto the link at first, I searched for
someone\'s name, and told me there were listings for that particular person, so stupidly I
paid the money, and for what??? Not only doesn\'t it let me search for that person again,
it just doesn\'t do what the original website claims to do.  i have been ripped off.  You
have wasted my time and money, and alot of hardship and despair.
>
>


----- Original Message -----
From: "michelle" <mitchcolin@yahoo.co.uk>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Saturday, October 15, 2005 9:10 AM
Subject: Search Systems: Question

> From: michelle
> Email: mitchcolin@yahoo.co.uk
> Subject: Question
>
> i subscribed to this under the impression i could get uk information. why cant i ?
>
>


----- Original Message -----
**From:** Feltner136@cs.com
**To:** tjkoster@searchsystems.net
**Sent:** Sunday, October 16, 2005 7:43 AM
**Subject:** Re: Search Systems: Problem

I did contact them and told them the same thing immediately within minutes of getting into the website.
Their products are not what they claim.


----- Original Message -----
From: "Stanley Coons" <Lionelsays@bellsouth.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Monday, October 17, 2005 7:26 PM
Subject: Search Systems: Feedback

> From: Stanley Coons
> Email: Lionelsays@bellsouth.net
> Subject: Feedback
>
> I just sighed up, paid 29.95, and want to see my criminal records.  You assigned a user name and password, but the site for the records requries another name/password, and another fee.  what did I just pay for?  If I cannot see the records, or use the site for my initial (and requested!) search, I want a full refund.
>
>
----- Original Message -----
From: "Benita A Garcia" <benitagarcia2002@yahoo.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Tuesday, October 18, 2005 1:39 PM
Subject: Search Systems: Problem

> From: Benita A Garcia
> Email: benitagarcia2002@yahoo.com
> Subject: Problem

>
> I just paid 29.95 for your services, and I got the same as doing the research myself.  I\'d like to have my paypal account refunded
> Please call me at 707-795-2529.
> Regards,
>
> Benita A Garcia
>
>
(I called her and she said it was webinvestigator.org)


----- Original Message -----
From: "Hancy Desinor" <hdesinor@insight.rr.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Tuesday, October 18, 2005 2:59 PM
Subject: Search Systems Premium Services: Problem

> From: Hancy Desinor
> Email: hdesinor@insight.rr.com
> Subject: Problem
>
> I have purchased a one time fee membership from a website and I found myself into this website that required me to sign up and pay again to become a member.
>
> I sigh up with Locatedpeople.com and use the username and password they gave me,so why I have to pay you now,sigh up with your service in order to access info?
>
>


----- Original Message -----
From: "Kelly C Hotaling" <kcutting@mkl.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Tuesday, October 18, 2005 3:58 PM
Subject: Search Systems Premium Services: Problem

> From: Kelly C Hotaling
> Email: kcutting@mkl.com
> Subject: Problem
>
> Cannot log into site after I just paid to do so!  WHY?!?!?!?!?
>


----- Original Message -----
**From:** Kelly Hotaling
**To:** tjkoster@searchsystems.net

**Sent:** Tuesday, October 18, 2005 4:51 PM

These are the e-mails I recently received from "CourtsOnline". I hope this will help you. Please let me know. Thank you, Kelly Hotaling


----- Original Message -----
From: "DIRECT DIGITAL MEDIA" <gateway@linkpt.net>
To: "KELLY C HOTALING" <kcutting@mkl.com>
Sent: Tuesday, October 18, 2005 3:30 PM
Subject: Receipt from DIRECT DIGITAL MEDIA

>
> Company: DIRECT DIGITAL MEDIA
> Reference Number: 188279084779
>
>
> Subtotal: $24.99
> Tax: $0.00
> Shipping: $0.00
> Total: $24.99
>
> DIRECT DIGITAL MEDIA
>
>
>
>
>
> Thank you for shopping with us.
>
>
>
> --
> No virus found in this incoming message.
> Checked by AVG Anti-Virus.
> Version: 7.0.344 / Virus Database: 267.12.0/132 - Release Date: 10/13/2005
>
>


----- Original Message -----
From: <support@courtsonline.org>
To: <kcutting@mkl.com>
Sent: Tuesday, October 18, 2005 3:32 PM
Subject: CourtsOnline Members: Thank You For Joining

> Hello,
>   Thank you for joining CourtsOnline Members:

> Your details are as follows:
>     Username:       kcutting
>     Password:       alexander
>     Name:           Kelly Hotaling
>     Email:          kcutting@mkl.com
>     URL:
>
>   You may login here:
>   http://www.courtsonline.org/Members/
>
>   Best Regards
>     Mark
>
> Powered by Locked Area Lite v3.2, a product of LockedArea.com.
>           http://www.lockedarea.com/
>
>
>
> --
> No virus found in this incoming message.
> Checked by AVG Anti-Virus.
> Version: 7.0.344 / Virus Database: 267.12.0/132 - Release Date: 10/13/2005
>
>


----- Original Message -----
From: "CoursOnline" <support@courtsonline.org>
To: <kcutting@mkl.com>
Sent: Tuesday, October 18, 2005 3:30 PM
Subject: CoursOnline Order Confirmation 1882-7908-4779


> This is an automated message acknowledging successful initial
> processing of your order placed on the World Wide Web.
>
> You may check your order status by writing to:
> support@courtsonline.org
> For inquiries, please reference order# 1882-7908-4779
>
> Visit us often at: http://courtsonline.org/thankyou443994.htm
>
>
>
> --
> No virus found in this incoming message.
> Checked by AVG Anti-Virus.
> Version: 7.0.344 / Virus Database: 267.12.0/132 - Release Date: 10/13/2005

>
>

----- Original Message -----
From: "barbara scott" <barbara_scott17@yahoo.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Wednesday, October 19, 2005 9:29 AM
Subject: Search Systems Premium Services: Testimonial

> From: barbara scott
> Email: barbara_scott17@yahoo.com
> Subject: Testimonial
>
> I am very dissatisfied with your services. I need this info for a child custody case and i
cant retreve anything in the state of AL. I needed the mothers criminal back ground and i
know she has one there. But i cant even gety my password to work or ID. and then it says
that Al. cant be retreved. I think that you should refund my 29.00. Besides i think that
you all false identify your website. VERY UN HAPPY!!!!!!!!!!!!
>
>


----- Original Message -----
From: "Phillip M Kohn" <phillip.kohn@mossadams.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Wednesday, October 19, 2005 1:30 PM
Subject: Search Systems Premium Services: Problem

> From: Phillip M Kohn
> Email: phillip.kohn@mossadams.com
> Subject: Problem
>
> Your site does not recognize my e-mail address or user name. My orfer number is
PVFPFG68
>
>

----- Original Message -----
From: "nancyann schiappa" <flower533346893@aol.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Wednesday, October 19, 2005 3:43 PM
Subject: Search Systems: Problem

> From: nancyann schiappa
> Email: flower533346893@aol.com
> Subject: Problem

>
> i lost my user name and password nancyann schiappa flower533346893@aol.com
>
>


----- Original Message -----
From: "Marilyn Williams" <terry084@sympatico.ca>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Wednesday, October 19, 2005 5:15 PM
Subject: Search Systems: Problem

> From: Marilyn Williams
> Email: terry084@sympatico.ca
> Subject: Problem
>
> On receiving the username 2004 password 1000 I find that this does not sign in, saying
that the password should have 5-7 caracters.  As I have not given you my name, or my
Mother\'s maiden name, I have a problem with signing in.
>
>


  ----- Original Message -----

**From:** Marilyn & Terry

**To:** Tim Koster

**Sent:** Wednesday, October 19, 2005 5:20 PM

**Subject:** Re: Search Systems: Problem


Hi Tim; we unfortunately filled in the paypal details before our name, email, and secret
name request, that will be the reason that you don't have our details.  Also, you asked for
the name which is Complete Investigation Services, but under the return correspondence
with the username 2004 and password 1000, the name was Keynetics.  I am at this time
very suspicious about the whole thing and would appreciate if you would return the
money through Pay pal and cancel the whole thing.
Thank you for your kind attention.
Marilyn Williams


----- Original Message -----
From: "Julia" <jcherry0069@yahoo.com>
To: "Tim Koster" <tjkoster@searchsystems.net>

Sent: Wednesday, October 19, 2005 9:49 PM
Subject: Search Systems Premium Services: Question

> From: Julia
> Email: jcherry0069@yahoo.com
> Subject: Question
>
> how many searches can one do for the 29 dollar fee?
>
>


----- Original Message -----
From: "kim" <kimmers@whidbeyisland.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Thursday, October 20, 2005 3:55 PM
Subject: Search Systems: Problem

> From: kim
> Email: kimmers@whidbeyisland.net
> Subject: Problem
>
> password you gave me does not have enough carictures in it.  and havent been able to
use this service sence i signed up and payed.
>
>

----- Original Message -----
From: "Shawna Coen" <angl_in_heaven@yahoo.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Thursday, October 20, 2005 7:45 PM
Subject: Search Systems: Problem

> From: Shawna Coen
> Email: angl_in_heaven@yahoo.com
> Subject: Problem
>
> I just signed up and paid for ur FREE service, but EVERYTHING costs PAST the
initial $29.95.  I am emailing u for my initial fee of $29.95 refunded to my paypal
account angl_in_heaven@yahoo.com  I am NOT satisfied and wish to have my money
refunded, because I cud find NOTHING w/out paying and paying more to get
the information from another site, NOT interestted and wish to have my money of $29.95
refunded to my paypal account, thank you!!
>
>

----- Original Message -----
From: "gary revill" <gjrevill8370@aol.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Thursday, October 20, 2005 11:23 PM
Subject: Search Systems: Problem

> From: gary revill
> Email: gjrevill8370@aol.com
> Subject: Problem
>
> i read your homepage and paid $35.00 to gain access to my criminal record, im a UK
based citizen and im having difficulty in locating these files although your website
suggested for the fee i could gain access to all my files by entering my details. i would
like a refund of my money immediately many thanks. Mr GJ Revill
>
>

----- Original Message -----
From: "granville long" <granvillelong@mptelco.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Friday, October 21, 2005 9:15 AM
Subject: Search Systems: Problem

> From: granville long
> Email: granvillelong@mptelco.com
> Subject: Problem
>
> I am being told that my password must be changed to have between 5 and 7 characters.
When I registered, I was given a password with only four characters. The system will not
allow me  to change it, because it does not recognize my mother\'s maiden name
correctly- Please help ASAP.  Granville Long
>

----- Original Message -----
From: "2004" <neese_medina@yahoo.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Friday, October 21, 2005 9:55 AM
Subject: Search Systems: Problem

> From: 2004
> Email: neese_medina@yahoo.com
> Subject: Problem
>
> Could you tell me why I just paid $29.95 and can not access anything. Everything I
want to check on says pay.  So exactly what did I pay for. Do I need to stop payment.  I

mean this is aggravating.  What all am I suppose to be able to access
>
>

----- Original Message -----
From: "Tammy White" <tammy@weaverwines.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Friday, October 21, 2005 10:21 AM
Subject: Search Systems: Problem


> From: Tammy White
> Email: tammy@weaverwines.com
> Subject: Problem
>
> I believe this site is misleading. I paid $29.95 to obtain records and I was sent to a site
only to be required to pay addinional fees to obtain records I was to recieve by your
service. Please tell me how to obtain the records I paid for or immidiatly refund my
money!!!!!!!!!
>
>

----- Original Message -----
From: "Edwina Hill" <hillmile@bellsouth.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Friday, October 21, 2005 2:09 PM
Subject: Search Systems: Problem


> From: Edwina Hill
> Email: hillmile@bellsouth.net
> Subject: Problem
>
> You do not accept the password that you gave to me.  Why not?
>
>
----- Original Message -----
From: "Edwina Hill" <hillmile@bellsouth.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Friday, October 21, 2005 2:13 PM
Subject: Search Systems: Problem


> From: Edwina Hill
> Email: hillmile@bellsouth.net
> Subject: Problem
>
> You do not accept the password that you just gave to me.  You state that it should be 5
or more digits, yet you gave me the password  1000

>
>

----- Original Message -----
From: "Elizabeth E Parinella" <liz43@verizon.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Friday, October 21, 2005 4:29 PM
Subject: Search Systems: Problem

From: Elizabeth E Parinella
Email: liz43@verizon.net
Subject: Problem

I am very dissappointed in your product, all you give me is places to look and that is not what I was paying for .......I would like a refund  of 39.95. I expected to get a background check done and all you give is places to look................


----- Original Message -----
From: "stephen k ho" <hkc140@yahoo.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Friday, October 21, 2005 10:58 PM
Subject: Search Systems: Problem

From: stephen k ho
Email: hkc140@yahoo.com
Subject: Problem

my password will not let me on your website?? i have already paid.


----- Original Message -----
From: "michael lawrence thomas" <mthomas1616@hotmail.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Sunday, October 23, 2005 9:10 AM
Subject: Search Systems: Problem

From: michael lawrence thomas
Email: mthomas1616@hotmail.com
Subject: Problem

it is telling me that my password (mothers madien name) is incorrect. I\'m positive it has not changed since she was born with it. little help please.


----- Original Message -----

**From:** Renee Cantu
**To:** Tim Koster
**Sent:** Sunday, October 23, 2005 9:20 AM
**Subject:** Re: Search Systems: Problem

I need my user name and password.

----- Original Message -----
From: "pauline surridge" <sallysurridge@ntlworld.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Sunday, October 23, 2005 2:11 PM
Subject: Search Systems Premium Services: Problem

 From: pauline surridge
 Email: sallysurridge@ntlworld.com
 Subject: Problem

 thought password was 1000 now told not long enough

----- Original Message -----
From: "Gloria E. Olsen" <Hoehoe1@aol.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Sunday, October 23, 2005 7:04 PM
Subject: Search Systems: Question

 From: Gloria E. Olsen
 Email: Hoehoe1@aol.com
 Subject: Question

 I must be incredibly stupid, but i don\'t understand how to get information from
 you. i thought after paying $19 that I would be able to find out if a neighbor has a
 criminal record. It appears I have to pay extra for that. Also, to find out some info
 on my mother\'s ancestry. It wasn\'t too clear what memebershop I had to cancel in
 order ot only use the 14 day free trial. thank you for any explanation you can give
 me.

----- Original Message -----
From: "michael j edinborough" <todrmb1@aol.com

To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Monday, October 24, 2005 8:37 AM
Subject: Search Systems Premium Services: Feedback

From: michael j edinborough
Email: todrmb1@aol.com
Subject: Feedback

Password please

----- Original Message -----
From: "valerie ann jung" <vajung@raytheon.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Monday, October 24, 2005 1:19 PM
Subject: Search Systems Premium Services: Problem

From: valerie ann jung
Email: vajung@raytheon.com
Subject: Problem

I can't seem to get into the courtsOnline system.  I paid for it but I can;t get into.

----- Original Message -----
From: "clarissa cottle" <crcottle2002@yahoo.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Monday, October 24, 2005 2:17 PM
Subject: Search Systems: Problem

From: clarissa cottle
Email: crcottle2002@yahoo.com
Subject: Problem

I would like to cancel my subscription, it didn\'t have the information i needed

----- Original Message -----
From: "Liz Perry" <klperrywinkle@sbcglobal.net
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Monday, October 24, 2005 4:02 PM
Subject: Search Systems: Problem

From: Liz Perry
Email: klperrywinkle@sbcglobal.net
Subject: Problem

I have paid with my Visa card to visit this site and I can\'t seem to log in.  Please help.

----- Original Message -----
From: "robin born" <robin.born@verizon.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Monday, October 24, 2005 6:52 PM
Subject: Search Systems: Problem

From: robin born
Email: robin.born@verizon.net
Subject: Problem

I just subscribed to your service because the name I entered in the category I was searching for indicated there were 12 pieces of data found. Now that I have paid by credit card I can\'t find the information. Please help me.

Tim, I looked up dui convictions and found  a Registry of Motor Vehicles site.  I just subscribed to your service through this site. My receipt # is DXSDG9J8. I'm new at using the internet so may not be using the correct jargon in communicating with you. On what I believe is your home page I entered the name I was searching for and the search indicated there were 12 court or criminal records. I can't find how to proceed to retrieve the information now that I have subscribed.  Are you willing to give me a phone number to use to contact you?  It would probably be quicker than using email. Thanks, Robin
----- Original Message -----
From: "Tim Koster" <tjkoster@searchsystems.net>
To: "robin born" <robin.born@verizon.net>
Sent: Monday, October 24, 2005 10:26 PM
Subject: Re: Search Systems: Problem

Hi Robin,

I don't understand.  We don't have any sort or service where we give "pieces of data" and entice people to get more information if they pay us. And we don't have you registered as a subscriber to our site.

What web site did you pay?  Let me know so we can investigate this.  I certainly hope that they didn't try to sell you access to our web site.

Tim Koster
Search Systems
www.searchsystems.net
(800) 350-2232

----- Original Message -----
From: "robin born" <robin.born@verizon.net
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Monday, October 24, 2005 7:52 PM
Subject: Search Systems: Problem

From: robin born
Email: robin.born@verizon.net
Subject: Problem

I just subscribed to your service because the name I entered in the category I was searching for indicated there were 12 pieces of data found. Now that I have paid by credit card I can\'t find the information. Please help me.

To answer your question about which web site I paid, it was clickbank.
----- Original Message -----
From: "Tim Koster" <tjkoster@searchsystems.net
To: "robin born" <robin.born@verizon.net
Sent: Monday, October 24, 2005 10:26 PM
Subject: Re: Search Systems: Problem

Hi Robin,

I don't understand.  We don't have any sort or service where we give "pieces of data" and entice people to get more information if they pay us. And we don't have you registered as a subscriber to our site.

What web site did you pay?  Let me know so we can investigate this.  I
certainly hope that they didn't try to sell you access to our web site.

Tim Koster
Search Systems
www.searchsystems.net
(800) 350-2232

----- Original Message -----
**From:** HoeHoe1@aol.com
**To:** tjkoster@searchsystems.net
**Sent:** Tuesday, October 25, 2005 1:41 AM
**Subject:** Re: Search Systems: Question

I copied their ad.  Their address  is http://professional
cash.com/promo/memeber_confirm.html?cbreceipt...

My credit card statement  will show  a charge from Clickbank/Keynetics.

For tech support I am to email CSMANAGER@VERIZON.NET

if you

----- Original Message -----
From: "Granville Long" <granvillelong@mptelco.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Tuesday, October 25, 2005 6:39 AM
Subject: RE: Search Systems: Problem

The site is Court records.org and the payment is made through CLKBANK'COM
DOWNLOAD 91-800-390-6035 ID

-----Original Message-----
From: Tim Koster [mailto:tjkoster@searchsystems.net]
Sent: Friday, October 21, 2005 9:53 AM
To: granville long
Subject: Re: Search Systems: Problem

----- Original Message -----
From: "MARK WILLIAMS" <ladykmw@msn.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Tuesday, October 25, 2005 12:35 PM
Subject: Search Systems: Problem

From: MARK WILLIAMS
Email: ladykmw@msn.com
Subject: Problem
*Username: LADYKMW

I HAVE PURCHASED THIS PACKAGE AND WAS EXSPECTING TO BE ABLE
TO ACCESS ALL INFORMATION IN THE UK ETC .
I HAVE NOT BEEN ABLE TO DO THIS WITH ANY SITE AND IF THIS IS NOT
GOING TO GIVE ME THE DETAILS  I WOULD PREFER A REFUND.
PLEASE ADVISE ME ,THANK YOU

*This user was logged in when the message was sent.


----- Original Message -----
From: "Laurie Savage" <pecanpaula@aol.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Tuesday, October 25, 2005 12:45 PM
Subject: Search Systems: Feedback

From: Laurie Savage
Email: pecanpaula@aol.com
Subject: Feedback

IS THIS A RIP OFF? I DECIDED TO DO AN EASY CHECK.  I WAS MARRIED IN
CA ... IT WAS NOT LISTED.  I AM NOT GETTING ANY INFORMATION.



----- Original Message -----
From: "Darren Wright" <larausher@yahoo.co.uk
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Tuesday, October 25, 2005 9:00 PM
Subject: Search Systems Premium Services: Problem

From: Darren Wright
Email: larausher@yahoo.co.uk
Subject: Problem

I am being asked for a password when i type in the password which you gave me it says it is not long enough.I am also being asked for mothers maiden name which i was never asked for when i became a member yesterday.
 Could someone please get back to me.

----- Original Message -----

**From:** kmw

**To:** Tim Koster

**Sent:** Tuesday, October 25, 2005 5:16 PM

**Subject:** Re: Search Systems: Problem

 Hi I was under the impression that I could access all info in the uk from your details]
if that is not the case it would be of no use to me sorry.also why would it give me a link  for the uk if there wasnt one.
Thank you
-------*Original Message*-------

*From:* Tim Koster
*Date:* 10/25/05 22:06:03
*To:* MARK WILLIAMS
*Subject:* Re: Search Systems: Problem

Hi Mark,

Here's the link to our UK databases:
http://www.searchsystems.net/list.php?nid=62

Let me know what you're searching for and I'll try to help.

But where did you get the ideas that you'd be able to access all information in the UK?  It
certainly wasn't us.  Where did you see that?

Tim Koster
Search Systems
www.searchsystems.net
(800) 350-2232

----- Original Message -----
From: "MARK WILLIAMS" <ladykmw@msn.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Tuesday, October 25, 2005 1:35 PM
Subject: Search Systems: Problem


From: MARK WILLIAMS
Email: ladykmw@msn.com
Subject: Problem
*Username: LADYKMW

I HAVE PURCHASED THIS PACKAGE AND WAS EXSPECTING TO BE ABLE
TO ACCESS ALL INFORMATION IN THE UK
ETC .
I HAVE NOT BEEN ABLE TO DO THIS WITH ANY SITE AND IF THIS IS NOT
GOING TO GIVE ME THE DETAILS  I
WOULD PREFER A REFUND.
PLEASE ADVISE ME ,THANK YOU

*This user was logged in when the message was sent.




----- Original Message -----
From: "Erin" <auntie_ernie@msn.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Wednesday, October 26, 2005 5:51 AM
Subject: Search Systems: Problem

From: Erin
Email: auntie_ernie@msn.com
Subject: Problem

I linked to this page from reverse records.org, they charged me 29.00 - even though I had
found all these sites on my own!!!!!


----- Original Message -----

From: "Burnell R Brusveen" <brusveenmi@aol.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Wednesday, October 26, 2005 11:35 AM
Subject: Search Systems Premium Services: Problem

From: Burnell R Brusveen
Email: brusveenmi@aol.com
Subject: Problem

The system took my credit information and gave me a user name of 2004 and a pasword of 1000. I then went in to obtain info and it asked for my mother's maiden name, I gave it and it indicates it as incorrect.

----- Original Message -----
From: "kathy" <jamifitzgerald@msn.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Wednesday, October 26, 2005 6:00 PM
Subject: Search Systems: Question

From: kathy
Email: jamifitzgerald@msn.com
Subject: Question

why do keep getting sites that want me to sign up when I paid 29.99 for full access for a year? Either tell me how to work the site i paid for or refund my money---please

----- Original Message -----
From: "franklin sutton" <fsutton@starband.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Thursday, October 27, 2005 11:55 AM
Subject: Search Systems Premium Services: Problem

From: franklin sutton
Email: fsutton@starband.net
Subject: Problem

Just signed up. Logged in once and now get invalid message.

----- Original Message -----

From: "David A Kirchmann" <akirshdhal@aol.com
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Thursday, October 27, 2005 11:56 AM
Subject: Search Systems Premium Services: Problem

From: David A Kirchmann
Email: akirshdhal@aol.com
Subject: Problem

I have just registered and signed in , however I am not allowed to log in with the user
name and password you issued me , please help .    username #2004 & password # 1000  .


----- Original Message -----
From: "roy j. patrick" <sheriudell@aol.com
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Friday, October 28, 2005 11:33 AM
Subject: Search Systems: Question

From: roy j. patrick
Email: sheriudell@aol.com
Subject: Question

how come i can\'t access any information
from courtsonline without having to pay a fee
when i already paid a fee to join?


----- Original Message -----
From: "Bonnie L Paul" <bonnielpaul@msn.com
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Friday, October 28, 2005 6:49 PM
Subject: Search Systems: Problem

From: Bonnie L Paul
Email: bonnielpaul@msn.com
Subject: Problem

I\'ve tried to log into your site and it asks me for my mothers maiden name, when I put it
in it says it\'s wrong.


----- Original Message -----

From: "susan" <suzaan3@aol.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Saturday, October 29, 2005 10:58 AM
Subject: Search Systems: Problem

From: susan
Email: suzaan3@aol.com
Subject: Problem

user Id- susan3
password-maxwell

your site e-mailed my password to me and still cannot log on.


----- Original Message -----
From: "Marie-Josee Agostini" <adrian.josee@sympatico.ca>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Monday, October 31, 2005 7:25 AM
Subject: Search Systems: Problem

From: Marie-Josee Agostini
Email: adrian.josee@sympatico.ca
Subject: Problem
*Username: MJagostini

I payd an amount of over $30.00 US for this service I am trying to find out my criminal
record and cannot acces it here in Canada, I would like my money back ASAP.

*This user was logged in when the message was sent.


----- Original Message -----
From: "Julia Christian" <Fastfreedom2002@aol.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Monday, October 31, 2005 7:52 AM
Subject: Search Systems Premium Services: Question

From: Julia Christian
Email: Fastfreedom2002@aol.com
Subject: Question

I cannot get on line with my password

----- Original Message -----
From: "Teresa Rutledge" <tntrutledge@alltell.net
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Monday, October 31, 2005 10:22 AM
Subject: Search Systems Premium Services: Problem

 From: Teresa Rutledge
 Email: tntrutledge@alltell.net
 Subject: Problem

 I find your system to be a giant scam. Cancel my membership immediately.  I will be
calling my credit card company to cancel in protest.  Teresa Rutledge


----- Original Message -----
From: "Maureen Mountford" <maureen@ceatelecom.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Tuesday, November 01, 2005 6:05 AM
Subject: Search Systems: Problem

 From: Maureen Mountford
 Email: maureen@ceatelecom.com
 Subject: Problem

 I just signed up to use this facility to do some routine background searches and i can\'t
seem to use - i was given a 4 digit username and a 4 digit password yet when i enter the
password it tells me to correct it and it should be a 5-7 digit password - so i don\'t think i
am doing things right -i paid the $29.95 on my visa and it acknowledged that it processed
that i just want to do a couple of routine checks and the jurisdiction is ontario, canada
please advise thanks Maureen


----- Original Message -----
From: "aimee" <aimeelwadeee@hotmail.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Tuesday, November 01, 2005 6:11 AM
Subject: Search Systems Premium Services: Problem

From: aimee
Email: aimeelwadeee@hotmail.com
Subject: Problem

I paid for a subscription but I don't remember my user name and password

----- Original Message -----
From: "Maureen Mountford" <maureen@ceatelecom.com>
To: "'Tim Koster'" <tjkoster@searchsystems.net>
Sent: Tuesday, November 01, 2005 10:31 AM
Subject: RE: Search Systems: Problem

Hi there - thanks for response when trying to register it wants a US state
yet I live in Ontario Canada - can I not register?? I want info relative to
Ontario not US and it appears I signed up and was charged for
www.courtrecords.org and got that 2004 and 1000 user and password - ?? very
confusing and disappointing and now I can't use yours - any ideas thanks
Maureen

----- Original Message -----
From: "tracy mcdaniel" <southernhome@earthlink.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Tuesday, November 01, 2005 1:04 PM
Subject: Search Systems: Problem

From: tracy mcdaniel
Email: southernhome@earthlink.net
Subject: Problem

I do not want this service. It was not what you advertised I want this credited back to my
credit card. I would like someone to contact me by phone at this phone number 336-835-
5626.

----- Original Message -----
From: "Sue Shields" <sueshields@remax.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Tuesday, November 01, 2005 2:34 PM
Subject: Search Systems: Problem

From: Sue Shields
Email: sueshields@remax.net
Subject: Problem

I can\'t sign in with my username....sueshieldsrealtor....help


----- Original Message -----
From: "J. Lewis" <L4247@aol.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Tuesday, November 01, 2005 5:33 PM
Subject: Search Systems: Problem

From: J. Lewis
Email: L4247@aol.com
Subject: Problem

Your advertisement states you can do a criminal check, all I wanted to do was check a driving record for an individual in Maryland and was unable to get any info, is this a real web site or was I just ripped off?


----- Original Message -----
From: "Mary Banicki" <mml112@comcast.net
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Tuesday, November 01, 2005 6:11 PM
Subject: Search Systems Premium Services: Feedback

From: Mary Banicki
Email: mml112@comcast.net
Subject: Feedback

I have paid my 29.95 and am patiently trying to use this system for someone's criminal record and I am not able to do it--it's not letting me navigate easily and I am having problems with my user name and password. If I do not receive help I am going to have to receive a full refund for services not received any help would be greatly appreciated.


----- Original Message -----
From: "elizabeth harkins" <hh1722@yahoo.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Tuesday, November 01, 2005 7:56 PM

Subject: Search Systems: Problem

From: elizabeth harkins
Email: hh1722@yahoo.com
Subject: Problem

When I ckd my name in your system  you said for this much money you can get all this infor, yeah right! I demand a refund.  Everything still cost this much or that much more, i could of gone to the state and just paid the money and not have to pay twice.  Who do i need to to alk to about this?  I am very upset that you mis led me to believe I could access my records.

Liz Harkins
hh1722@yahoo.com
please email me a phone number or something so I may request a refund of 29.95.
This web sight is not what  you said it was!


----- Original Message -----
From: "alison cameron" <rustyoz1@hotmail.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Wednesday, November 02, 2005 6:35 AM
Subject: Search Systems: Feedback

From: alison cameron
Email: rustyoz1@hotmail.com
Subject: Feedback

I only joined this site to check criminal records so i paid $29.95 and then found that i couldnt access this info without paying more.Maybe you could list what is and what is not accessable for this payment,as it seems i have wasted my money.


----- Original Message -----
From: "Amanda Griffin" <agwgriffin@hotmail.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Wednesday, November 02, 2005 8:38 AM
Subject: Search Systems: Problem

From: Amanda Griffin
Email: agwgriffin@hotmail.com
Subject: Problem

Well, I guess you got my $29.95 for nothing.  This site is not what I thought it was, I

typed in a name and was told that there were 10 \"hits\" as to the information I needed. Needless to say I took the bait and paid you $29.95 only to discover that I couldn\'t get any of the information I needed!  I would love a refund if at all possible, if not enjoy my hard earned money and I will not be using this site again.  Thank you,

Amanda Griffin

p.s.  why don\'t you explain to people the actual reality of this site before you take their money!

----- Original Message -----
From: "Amanda Griffin" <agwgriffin@hotmail.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Wednesday, November 02, 2005 8:42 AM
Subject: Search Systems: Problem

From: Amanda Griffin
Email: agwgriffin@hotmail.com
Subject: Problem

Please cancel this.  My Username is 2004.  Thank you.

----- Original Message -----
From: "Eric Simkins" <VBSIMSEW@gmail.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Wednesday, November 02, 2005 2:33 PM
Subject: Search Systems: Problem

From: Eric Simkins
Email: VBSIMSEW@gmail.com
Subject: Problem

I have already paid at Courtsonline an now your site tells me to pay another fee !

----- Original Message -----
**From:** liz pichette-harkins
**To:** Tim Koster
**Sent:** Wednesday, November 02, 2005 3:57 PM
**Subject:** Re: Search Systems: Problem

I notified the BBB last night with your company name.
Liz Harkins

----- Original Message -----
From: "Ursula Daniels" <ursuladaniels@yahoo.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Wednesday, November 02, 2005 5:47 PM
Subject: Search Systems: Feedback

 From: Ursula Daniels
 Email: ursuladaniels@yahoo.com
 Subject: Feedback

 I am having trouble signing on. Please help.


----- Original Message -----
From: "Pattie Barrrow" <p.barrow@Worldnet.att.net
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Wednesday, November 02, 2005 10:06 PM
Subject: Search Systems: Problem

 From: Pattie Barrrow
 Email: p.barrow@Worldnet.att.net
 Subject: Problem

 login password


----- Original Message -----
From: "carol gutierrez" <cugutierrez@sbcglobal.net
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Thursday, November 03, 2005 3:03 AM
Subject: Search Systems: Problem

 From: carol gutierrez
 Email: cugutierrez@sbcglobal.net
 Subject: Problem

 I\'m not able to log-on  to the web page,.Please advise me of what I should do to correct
 this problem..


----- Original Message -----
From: "Debra" <tcsclean@aol.com

To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Thursday, November 03, 2005 6:55 AM
Subject: Search Systems: Problem

From: Debra
Email: tcsclean@aol.com
Subject: Problem

When I signed up to courtsonline, this is suppose to be free for criminal search, that is
what their banner says, so why do you want to charge me a fee?


----- Original Message -----
From: <vbsimsew@gmail.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Thursday, November 03, 2005 10:50 AM
Subject: Search Systems Premium Services: Problem

From: Eric Simkinsvbsimsew@gmail.com
Email: vbsimsew@gmail.com
Subject: Problem

I paid courts on line $60. for there service and when I look for info your web site pops
up and asks for more money. Why!



----- Original Message -----
From: "RHONDA CAPRON" <RCAPRON167@AOL.COM
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Thursday, November 03, 2005 9:31 PM
Subject: Search Systems: Problem

From: RHONDA CAPRON
Email: RCAPRON167@AOL.COM
Subject: Problem

I PAID FOR THE SITE AND IT\'S NOT WORKING!



----- Original Message -----
From: "Vickie Jones" <vikkilynn_777@yahoo.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Friday, November 04, 2005 9:04 PM

Subject: Search Systems Premium Services: Feedback

From: Vickie Jones
Email: vikkilynn_777@yahoo.com
Subject: Feedback

I am very unhappy with your web site. I spent almost five hours and every place I went
to get information there was a charge for it. I could have saved myself the fee that I
speeeent on your web site. You lied-there was nothing for free. I want a credit and I will
take this to the better business bureau.

Yhanks for nothing!!!!!!!!!!!!!!!!!!!!!!!!!!

----- Original Message -----
From: "Babs Carpenter" <babs@centurytel.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Friday, November 04, 2005 9:58 PM
Subject: Search Systems: Feedback

From: Babs Carpenter
Email: babs@centurytel.net
Subject: Feedback

only a few minutes ago I purchased the $49.95 plan and you gave me my user name and
password and now the password will not work.  What\'s going on?

----- Original Message -----
From: "linda" <younglvlinda@aol.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Friday, November 04, 2005 10:40 PM
Subject: Search Systems: Problem

From: linda
Email: younglvlinda@aol.com
Subject: Problem

need new password.

----- Original Message -----
From: "Paul Fisher" <ptfisher@bellsouth.net>

To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Saturday, November 05, 2005 8:55 AM
Subject: Search Systems: Problem

From: Paul Fisher
Email: ptfisher@bellsouth.net
Subject: Problem

You advetised service on court records for a flat fee. You get into the site and find out what you want for criminal information is another 4.95 a month. No where in the initial site does it mention that you have to pay another 4.95 a month. What do I have to do to get what I want?
Paul Fisher

----- Original Message -----
From: "Richard Roberts" <rubytuesday79@verizon.net
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Saturday, November 05, 2005 12:05 PM
Subject: Search Systems: Problem

From: Richard Roberts
Email: rubytuesday79@verizon.net
Subject: Problem

Cannot sign in.
Purchased this week.

----- Original Message -----
From: "SANDRA NOON" <SMNOON1@AOL.COM
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Saturday, November 05, 2005 12:06 PM
Subject: Search Systems: Problem

From: SANDRA NOON
Email: SMNOON1@AOL.COM
Subject: Problem

i have paid to join your organization and every website i try to access i am told i need to pay more money. i think this is a con and will be seeing my soliciter asp.

----- Original Message -----
From: "Mike Smith" <sparkster_dawg@yahoo.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Saturday, November 05, 2005 7:58 PM
Subject: Search Systems Premium Services: Question

From: Mike Smith
Email: sparkster_dawg@yahoo.com
Subject: Question

What's this crap?  Your add said free, I paid anyway now I'm being charged EXTRA for everything I was told I have already paid for?  You said in your add this is a NO bullshit program and honest! I am filing a complaint NOW!!!!!

Post this on your add!!!

Mike Smith

----- Original Message -----
From: "linda young" <younglvlinda@aol.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Sunday, November 06, 2005 12:13 AM
Subject: Search Systems Premium Services: Problem

From: linda young
Email: younglvlinda@aol.com
Subject: Problem

passworld i need one. forgot it.

----- Original Message -----
From: "Ralph Montilone" <Jamesgin@enter.net
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Sunday, November 06, 2005 5:15 AM
Subject: Search Systems: Problem

From: Ralph Montilone
Email: Jamesgin@enter.net
Subject: Problem

I`m having a problem signing on with my pass word and e-Mail.

----- Original Message -----
From: "frida mofsud" <jfwc@onvol.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Sunday, November 06, 2005 10:01 AM
Subject: Search Systems: Problem

From: frida mofsud
Email: jfwc@onvol.net
Subject: Problem

TOTTALLY MISLEADING SITES !
tottally disappointed! I Feel cheated!

----- Original Message -----
From: "Mary Jo Stone" <jostone@ev1.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Sunday, November 06, 2005 6:46 PM
Subject: Search Systems: Problem

From: Mary Jo Stone
Email: jostone@ev1.net
Subject: Problem

I am unable to use this data base; therefore, I am cancelling
Mary Jo Stone

----- Original Message -----
**From:** babs@centurytel.net
**To:** Tim Koster
**Sent:** Sunday, November 06, 2005 11:38 PM
**Subject:** Re: Search Systems: Feedback

This is reciept of the charge. Thanks Bunches Babs This is an automated notification. /
Replies to this email will bounce. / For customer service read message / below for
instructions. CLICKBANK PURCHASE RECEIPT# V8S72JK8 You or a person in your
household just made a purchase from ClickBank, the internet's largest seller of ebooks,
software, and other downloadable products. Your bank statement will show a one-time
charge by CLKBANK. The total charge was $49.95 plus $0.00 tax. If for some reason

you did not receive access to the product immediately after payment, please try again by following this link now: http://clickbank.com/goto/?436c3d3cv8s72jk8 If you need technical support for your product please contact the author of the product directly. To do this send a friendly email message to the address below. Contact: Rosson Ventures, LLC Email: websherlock@mac.com Receipt: V8S72JK8 Remember, the product author is an expert on the product itself, and can give you personalized customer service. Please be patient and allow the author two business days to respond. If after two business days the issue remains unresolved, ClickBank will be happy to assist you directly. To make a customer service inquiry with regard to this purchase please visit: http://clickbank.com/cs/?w436c3d3cv8s72jk8 Thanks! ClickBank Customer Service [V8S72JK8/websleuth] 2005-11-04 PS: Have you ever compiled or created useful information that is now just "collecting dust" on your hard drive? ClickBank is the easy way to sell your digital product: http://websleuth.goto.hop.clickbank.net/ / This is an automated notification. / Replies to this email will bounce. / For customer service read message / above for instructions. Delete | Reply | Reply All | Forward | Compose

----- Original Message -----
From: "Tim Koster"
To: "Babs Carpenter"
Sent: Fri, 4 Nov 2005 22:45:28 -0800
Subject: Re: Search Systems: Feedback

Dear Babs,

I apologize, but we don't have a record of your name or email address in our subscriber database and
we don't have a $49.95 subscription plan. It sounds like some other web site tried to sell you
access to our services.

Check with your credit card company and they will tell you who charged you. They will also help you
if you'd like to dispute the charge. And when you do find out who took your money, let me know the
name of the site so that we can notify our attorneys.

Sincerely,

Tim Koster
Search Systems
www.searchsystems.net
(800) 350-2232

----- Original Message -----
From: "Babs Carpenter"
To: "Tim Koster"
Sent: Friday, November 04, 2005 9:58 PM
Subject: Search Systems: Feedback


From: Babs Carpenter
Email: babs@centurytel.net
Subject: Feedback

only a few minutes ago I purchased the $49.95 plan and you gave me my user name and password and
now the password will not work. What\'s going on?




----- Original Message -----
From: "Hilda C Limas" <Dreamflight1204@aol.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Monday, November 07, 2005 1:04 AM
Subject: Search Systems Premium Services: Problem

From: Hilda C Limas
Email: Dreamflight1204@aol.com
Subject: Problem

I paid $29.95 does this not cover the information I'm requesting?




----- Original Message -----
From: "Lupe Balboa" <lupeb4@netzero.net
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Monday, November 07, 2005 8:16 AM
Subject: Search Systems Premium Services: Feedback

From: Lupe Balboa
Email: lupeb4@netzero.net
Subject: Feedback
*Username: lupeb1

SECOND NOTICE: I WILL NOTIFY MY BANK TO CANCEL THIS

TRANSACTION.
YOUR WEBSITE DID NOT SPECIFY THAT I HAD TO KEEP PAYING MORE
MONEY FOR ANY FURTHER SEARCHES.  THIS IS FRAUD.
LUPE BALBOA

*This user was logged in when the message was sent.

----- Original Message -----
From: "jefferson b. fraser" <jbfraserhorses@yahoo.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Monday, November 07, 2005 7:30 PM
Subject: Search Systems Premium Services: Problem

From: jefferson b. fraser
Email: jbfraserhorses@yahoo.com
Subject: Problem

help.  I can't get access to your site

----- Original Message -----
From: "Dreama Lester" <dreama_lester2001@yahoo.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Monday, November 07, 2005 7:41 PM
Subject: Search Systems Premium Services: Problem

From: Dreama Lester
Email: dreama_lester2001@yahoo.com
Subject: Problem

I just signed up and paid my 29.95 and it will not take the username and pass word you
gave me

----- Original Message -----
From: "fiona gordon" <feegordon68@hotmail.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Tuesday, November 08, 2005 3:17 AM
Subject: Search Systems: Problem

From: fiona gordon
Email: feegordon68@hotmail.com
Subject: Problem

I have just joined up it said you covered uk
i cant find anyone i am looking for! cancel me please you should explain all this firstly!!!
Then you want us to join directpass! what would be next after that to join! no thank you.


----- Original Message -----
From: "gloria meyer" <myglr2@hotmail.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Tuesday, November 08, 2005 4:36 AM
Subject: Search Systems: Problem

From: gloria meyer
Email: myglr2@hotmail.com
Subject: Problem

I want my money back! everything I wanted cost extra money. I was to believe the
money I paid would give me everything listed. but... after paying I found out different.


----- Original Message -----
From: "netuser" <drtguadalupe@yahoo.com
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Tuesday, November 08, 2005 11:29 AM
Subject: Search Systems Premium Services: Problem

From: netuser
Email: drtguadalupe@yahoo.com
Subject: Problem

Not letting me create an account, just sits there. Please confirm my user name and I need
a password.

Thanks
Don


----- Original Message -----

From: "fiona gordon" <feegordon68@hotmail.com
To: <tjkoster@searchsystems.net
Sent: Tuesday, November 08, 2005 12:35 PM
Subject: Re: Search Systems: Problem

tim, courtsonline is who i joined with no one else! went into the site you
said no find what i want been waste of money me joining!!!!! but it is
advertised wrong and geting you to ask for person you look for saying yes
found them join now Ha! then cant find!  Im a computer amature only joined
up  few weeks ago been had we downloading music that was ment to be free.
now this. im buying nothing again on line. fiona.


----- Original Message -----
From: "alantaylor" <aandjat58@hotmail.co.uk
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Tuesday, November 08, 2005 3:28 PM
Subject: Search Systems: Problem

From: alantaylor
Email: aandjat58@hotmail.co.uk
Subject: Problem

cannt log in


----- Original Message -----
From: "katherine saint-hilaire" <kittysh@sbcglobal.net
To: "Tim Koster" <tjkoster@searchsystems.net
Sent: Tuesday, November 08, 2005 3:05 PM
Subject: Search Systems Premium Services: Problem

From: katherine saint-hilaire
Email: kittysh@sbcglobal.net
Subject: Problem

please help I have paid twice. and can't get any of your help so. you can credit my money
back or help me


----- Original Message -----
From: "shabsi weiss" <shabsisweiss@yahoo.com
To: "Tim Koster" <tjkoster@searchsystems.net

Sent: Tuesday, November 08, 2005 6:56 PM
Subject: Search Systems Premium Services: Problem

From: shabsi weiss
Email: shabsisweiss@yahoo.com
Subject: Problem

i searched on google for criminal records and your company came up and on the ad you
posted it sed that it costs only $29 for unlimited accses and then when i signd up i found
out that there is a aditional charge for every search therfore i am not interested in your
service i didnt use your service so please reimberse my money

Thank You


Note:  Talked to him-- he said that it was web investigator  - tk

----- Original Message -----
From: "Scott Whattam" <sawhatta_seoul@yahoo.ca>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Wednesday, November 09, 2005 1:38 AM
Subject: Search Systems Premium Services: Feedback

From: Scott Whattam
Email: sawhatta_seoul@yahoo.ca
Subject: Feedback

This site is a scam- misrepresentation seems to be the norm w. these BS site. you offer
access to secure databases, then ask for an additional fee, and dont even the databases
you purport on the site. I will report you




----- Original Message -----
From: Norah Jones
To: Tim Koster
Sent: Thursday, November 10, 2005 8:23 AM
Subject: Re: Search Systems: Problem

Hey Tim,

Thanks for taking the time to reply.  I wasn't faulting searchsystems.  In fact, I really
benefited from your site.  I did find the links in the states that I was interested in,
however, I had already found you free page of links and was using them before
reverserecords.  I wanted only to let you know that they were ripping you off.  I was