# EXHIBIT 8

# TO

# COMPLAINT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br> Plaintiff, <br> v. <br> DIANA MUSSELMAN, individually, et. al. <br> Defendants. | CASE NO. C06-02306 MMC <br> [Before the Honorable Maxine M. Chesney Courtroom: 7] <br> STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANTS ROSSON VENTURES, LLC, MATTHEW ROSSON, AND LINDA K. ROSSON ; ORDER THEREON <br> 3rd Am. Compl. Filed: January 25, 2007 <br> Discovery Cut-Off: November 7, 2007 <br> Trial Date: May 5, 2008 <br> Rule 16 Conference : January 26, 2007 |

Defendants Rosson Ventures, LLC D/b/a Websherlock.com, Linda K. Rosson, and Matthew Rosson ("Defendants") acknowledge, agree, and stipulate to the following:

(1) that Plaintiff Pacific Information Resources, Inc. (Pacific) owns and operates the website located at www.searchsystems.net (the "**WEBSITE**");

(2) that Pacific has registered two valid copyrights concerning the **WEBSITE**. One registration, bearing Registration No. TX 6-275-368 protects the text of the **WEBSITE**, bearing the URL www.searchsystems.net. Plaintiff's other valid copyright registration at issue in this stipulated permanent injunction, bears Registration No. TX 6-275-367 which protects the PHP Hyper Text Processor

source code of the **WEBSITE**. True and correct copies of the copyright registrations are attached hereto and incorporated herein as **Exhibit "1"** (the **"COPYRIGHTS"**);

(3)  that Pacific also has a valid registration from the United States Patent and Trademark Office for its service mark consisting of the word mark "search systems" within a design or drawing bearing USPTO Trademark Registration No. 2019094 (the **"SERVICE MARK"**). A true and correct copy of this registration for Plaintiff's registered **SERVICE MARK** is attached hereto and incorporated herein as Exhibit "2"; and

(4)  that Pacific has continuously, for the preceding five years, at the very least, continuously and openly used variations of its registered **SERVICE MARK**, but such variations, while not registered, acquired secondary meaning and thus are fully protected under applicable federal and state law as described in Pacific's Third Amended Complaint on file with the court; that Pacific's registered **SERVICE MARK** and unregistered service marks are collectively hereinafter referred to as the **"SERVICE MARKS"** and that the unregistered but legally valid and protected **SERVICE MARKS** of Plaintiff include, but are not limited to, the terms: "searchsystems", "searchsystems.net".

Accordingly, Defendants Rosson Ventures, LLC d/b/a www.websherlock.com, Linda K. Rosson, and Matthew Rosson, agree, consent and stipulate to the entry of a permanent injunction against themselves, and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this injunction from reproducing, copying, manufacturing, importing, using, promoting, selling, renting, leasing, distributing, or displaying:

(1)  any part of the **WEBSITE** or any website substantially similar to the copyright protected **WEBSITE**;

(2)  any part of the **SERVICE MARKS**; or

(3)  from authorizing anyone to do the same, or from exercising any other of the

2

exclusive rights of a copyright owner and a service mark owner under the various federal and state statutes listed in Pacific's Third Amended Complaint.

Defendants further agree and stipulate to be permanently enjoined from:

(1) selling or marketing services in any way that tends to deceive, mislead, or confuse the public into believing that the Defendants' websites were or are in any way sanctioned by or affiliated with Pacific's **WEBSITE**;

(2) diluting the distinctive quality of Pacific's **SERVICE MARKS**; or

(3) otherwise competing unfairly with Pacific or its **WEBSITE**; or

(4) from authorizing anyone to do the same, or from exercising any other of the exclusive rights of a copyright owner and a service mark owner under the various federal and state statutes listed in Pacific's Third Amended Complaint.

Notwithstanding the dismissal, by Plaintiff Pacific, of this action, with prejudice, as to only Defendants Rosson Ventures, LLC D/b/a Websherlock.com, Linda K. Rosson, Matthew Rosson, and Berry T. Rosson, the parties hereto agree, acknowledge and consent to this court retaining jurisdiction to enforce this injunction or otherwise adjudicate any and all disputes arising out of or related to this injunction and the parties named herein.

ACKNOWLEDGED, AGREED AND UNDERSTOOD:

PACIFIC INFORMATION RESOURCES, INC.      ROSSON VENTURES, LLC

By: _____                       By: _____
Title: CEO                                Title: MANAGING DIRECTOR
Date: 3-23-07                             Date: 2/21/2007

LINDA K. ROSSON                           MATTHEW ROSSON

Date: 2/21/2007                           Date: 2/21/07

---

3

**Permanent Injunction with Rosson Ventures, Linda K. Rosson, and Matthew Rosson**
Case No. C06-02306 MMC

IT IS SO ORDERED.

Dated: March 28, 2007

*/s/ Maxine M. Chesney*
Honorable Maxine M. Chesney
JUDGE OF THE UNITED STATES
DISTRICT COURT

Prepared by:

Konrad L. Trope, Esq. SBN 133214
**Novo Law Group, P.C.**
University Tower
4199 Campus Drive, Suite 550
Irvine, California 92612
(949) 509-6531 (tel)
(949) 509-6532 (fax)

Attorneys for Plaintiff
PACIFIC INFORMATION RESOURCES, INC.

# EXHIBIT 1

# TO

# STIPULATED PERMANENT INJUNCTION

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-275-368**

EFFECTIVE DATE OF REGISTRATION

Feb 09 2006

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

### 1
**TITLE OF THIS WORK ▼**
searchsystems.net

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

### 2
**a**  **NAME OF AUTHOR ▼**
Pacific Information Resources, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
compilation and text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

### 3
**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given
2005 ◀ Year  in all cases.

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 5   Year ▶ 2005
United States   ◀ Nation

### 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pacific Information Resources, Inc.
P.O. Box 544
Newbury Park, CA 91319-0544

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
Feb 09 2006 / Feb 23 2006
ONE DEPOSIT RECEIVED
Feb 09 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

|  | EXAMINED BY | | FORM TX |
|---|---|---|---|
|  | CHECKED BY | | |
|  | ☐ CORRESPONDENCE<br>  Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶     Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Public records

**a 6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation and new text

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                           Account Number ▼

**a 7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Novo Law Group   Att:  Konrad L. Trope, Esq.
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212

**b**

Area code and daytime telephone number ▶ 310-300-8416            Fax number ▶ 310-300-8415
Email ▶ kltrope@novolaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Pacific Information Resources, Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert B. Weir                                              Date ▶ 02/17/06

Handwritten signature (X) ▼
X _____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Konrad L. Trope, Esq. |
|---|---|
|  | Number/Street/Apt ▼<br>9595 Wilshire Boulevard, Suite 900 |
|  | City/State/ZIP ▼<br>Beverly Hills, CA 90212 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx   Web Rev: July 2003   ⓔ Printed on recycled paper                            U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



**TX 6-275-367**

EFFECTIVE DATE OF REGISTRATION

Feb 09 2006

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
PHP Hypertext Preprocessor computer code

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2 a**

**NAME OF AUTHOR ▼**
Pacific Information Resources, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer program

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ OCTOBER   Day ▶ 6   Year ▶ 2005
U.S.A.

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Pacific Information Resources, Inc.
POB 544
Newbury Park, CA 91319-0544

APPLICATION RECEIVED
FEB 09 2006
ONE DEPOSIT RECEIVED
FEB 09 2006
TWO DEPOSITS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| | ☐ CORRESPONDENCE<br>   ☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▶ _____   **Year of Registration** ▶ _____

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Konrad L. Trope
Novo Law Group
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212

**b**

Area code and daytime telephone number ▶ (310) 300-8416   Fax number ▶ (310) 300-8415
Email ▶ ktrope@novolaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of __Pacific Information Resources, Inc__
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Konrad L. Trope                                    Date ▶ 10/20/2005

Handwritten signature (X) ▼
X _____/s/ Konrad L. Trope_____

| Certificate will be mailed in window envelope to this address: | Name ▼<br>Konrad L. Trope |
|---|---|
| | Number/Street/Apt ▼<br>9595 Wilshire Blvd., Ste. 900 |
| | City/State/ZIP ▼<br>Beverly Hills, CA 90212 |

* Complete all necessary spaces
* Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# EXHIBIT 2

# TO

# STIPULATED PERMANENT INJUNCTION


 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Fri Feb 3 04:15:33 EST 2006

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ BOTTOM ] [ HELP ] [ PREV LIST ] [ CURR LIST ]
[ NEXT LIST ] [ FIRST DOC ] [ PREV DOC ] [ NEXT DOC ] [ LAST DOC ]

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [ ] OR Jump | to record: [ ]  **Record 14 out of 20**

[ TARR Status ] [ ASSIGN Status ] [ TDR ] [ TTAB Status ] ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | SEARCH SYSTEMS |
| **Goods and Services** | IC 042. US 100 101. G & S: investigative services, namely, skip tracing for locating individuals, businesses or authorized agents,[ bank searches,] employment searches, telephone information searches, property searches, equity searches, real estate information searches, driver record information searches, uniform commercial code filings, consumer public filings and civil and criminal court records searches. FIRST USE: 19900626. FIRST USE IN COMMERCE: 19900626 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.07.12 - Diamonds with bars, bands and lines<br>26.09.02 - Plain single line squares; Squares, plain single line<br>26.11.02 - Plain single line rectangles; Rectangles (single line)<br>26.11.13 - More than one rectangle; Rectangles (more than one)<br>26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s)<br>26.17.06 - Bands, diagonal; Bars, diagonal; Diagonal line(s), band(s) or bar(s); Lines, diagonal |
| **Serial Number** | 75011788 |
| **Filing Date** | October 30, 1995 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 3, 1996 |

| | |
|---|---|
| Registration Number | 2019094 |
| Registration Date | November 26, 1996 |
| Owner | (REGISTRANT) Koster, Prudence DBA **SEARCH SYSTEMS** INDIVIDUAL UNITED STATES P.O. Box 544 Newbury Park CALIFORNIA 913190544 |
| | (REGISTRANT) Koster, Tim DBA **SEARCH SYSTEMS** INDIVIDUAL UNITED STATES P.O. Box 544 Newbury Park CALIFORNIA 913190544 |
| Attorney of Record | EDWARD N. BACHAND |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SEARCH" APART FROM THE MARK AS SHOWN |
| Description of Mark | The mark is lined for the color blue. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY