# EXHIBIT 9

# TO

# COMPLAINT



**Close Window**   **Previous**   **Next**

**WebSherlock.com**

**Updated Dec 2005** WebSherlock.com is the leader in online investigation resources, and now we're the leader in background search affiliate programs! Our pages are proven to convert, and our affiliates experience absolutely unreal Google Adwords and Overture conversions. Earn 75% on $39.95 or $49.95. 1:20 PPC Conversions! Partner with us, don't settle for less! We Pay Highest!

Date Added: 2005-06-20 Rating: 4.80 Votes: 5 [Rate It]
Last Updated: 2005-12-24

Tracking:              **ClickBank**
Return Days:        **180**
Payments are made **Bi-Weekly** on balances over **10.00**

| Link Types | |
|---|---|
| Text | email |
| Search Box | Custom Search |
| Co Brand | Storefront |
| Rotating Banners | |
| Individual Products | |
| Other Media | |

| Banner Sizes Available | | |
|---|---|---|
| 88x31 | 100x100 | 120x60 |
| 120x90 | 120x240 | 125x125 |
| 230x33 | 234x60 | 392x72 |
| 468x60 | other | |

| **Visit** | **Program Info** | **Join Program** |

**NOTE:** Information about this merchants affiliate program was correct as of 2005-12-24. For current program information visit the merchants site or network of affiliation

- Powerful Hosting

Attention Affiliate Marketers! (Marketing)

| | | |
|---|---|---|
| **PROJECTSLIST.BIZ** | | Home \| How it works \| Projects archive \| Contact Us<br>Air Compressor Bot<br><br>The Career Path of Freelance Programming Jobs |

### ATTENTION AFFILIATE MARKETERS!

| | |
|---|---|
| **Bidding Time:** | 05/06/2005 14:35 - 10/07/2005 14:35     posted on scriptlance.composted on scriptlance.com |
| **Budget:** | N/A |
| **Status:** | **Pending** |

| **Ads by Google** | **Ross Cook**<br>Ross Cook Vacuums Multi-user vacuum systems<br>www.vector-vacuums.com | **BASF Building Systems**<br>Formerly Degussa Building Systems Premier Building Solutions Provider<br>www.BASFBuildingSystems.com | **affiliate marketing**<br>Affiliate Marketing & Advertising Network Information and Resources!<br>AffiliateInternetMarketingSuper.com | **Better File Management**<br>Electric Filing Systems. Increase productivity and efficiency.<br>www.megastarsystems.com |
|---|---|---|---|---|
| **Ads by Google  Ads by Google** | **$404k Affiliate Website**<br>The $404k affiliate program Get your free affiliate website<br>www.affiliatesitex.com | **Earn Revenue with Google**<br>Place Free Ads That Are Relevant To Your Site - Easy To Setup. Try Now.<br>www.google.com/adsense | | |
| | **Easy Affiliate Marketing**<br>Make at least $5,000 In Your First 30 Days | | | |

| | | |
|---|---|---|
| **Job Type:** | Marketing | **Click here to post similar projectClick here to post similar project** |
| **Description:** | Attention Webmasters and Internet Marketers! Promote a Proven Winner with Mass Appeal!<br><br>Make big money promoting our service located at http://www.websherlock.com<br><br>If you're good at affiliate marketing, promote our product and earn BIG! Converts well with even semi-targeted traffic. Earn $15.67 per sale PLUS bonuses if you meet certain quotas. Very easy to do this full-time and make a killing!<br><br>We use ClickBank for our payment processing which is the #1 affiliate driven e-commerce provider in the world. Here's how it works:<br><br>Customer Pays: $34.95<br>ClickBank Fee: - $3.62<br>---------------------------<br>Gross Revenue: $31.33<br>You get 50%: $15.67<br><br>We do all the work, you make 50% ON EVERY SALE YOU GENERATE, just for sending visitors to our site! That can add up fast. Just think, refer just 100 people and you earn $1,567!<br><br>Partner with us and earn $15.67, or 50%, on every sale!<br><br>Terms and Conditions:<br><br>1. No E-mail Advertising of ANY form. Not even opt-in lists. We don't send spam, and we don't want to be affiliated with spammers. So don't do it.<br><br>2. You can't refer yourself. We'll know, and we'll terminate your membership.<br><br>3. Don't represent us in any way that makes us look bad. We think you catch our drift.<br><br>4. You must not violate any of ClickBank's affiliate policies.<br><br>5. Any affiliates in violation of any of the above policies will be prohibitied from participating.<br><br>You have nothing to lose and everything to gain!<br>Give us a try. You won't be disappointed!<br><br>Get started now in 3 easy steps:<br><br>1. Create a ClickBank account by clicking here. If you already have an account, you may skip this step.<br><br>2. Get your tracking code. This is the URL that you use when referring people to our site which puts a tracking cookie on the visitor's computer, letting us know that you should be credited for the sale.<br><br>Your tracking code is:<br><br>http://hop.clickbank.net/?YOURIDHERE/websleuth<br><br>Be sure to replace YOURIDHERE with your ClickBank affiliate username!<br><br>3. Promote, promote, promote. We recommend using Google AdWords to promote our service, in our experience you can easily get a 1:25 conversion (one sale for every 25 clicks) if you choose the right keywords to bid on and write good ad copy. If you use Google AdWords, they provide an excellent conversion tracking tool. If you would like to use it, please don't hesitate to drop us a line with your tracking code and we'll add it to the "thank you" page!<br><br>PERFORMANCE BONUSES:<br><br>Average 1 Sale Per Day - 15 Sales per Payment Period - 10% Bonus paid by PayPal | |

ASSOCIATE PROGRAMS.COM

Search: [ ] Search Affiliate Programs [Search]
Advanced Search

**My Top 10** - a list of the top 10 affiliate programs which are earning the most money for AssociatePrograms.com - Best Affiliate Programs.

## WebSherlock.com

| | |
|---|---|
| **Category:** | resources |
| **Site title:** | WebSherlock.com |
| **Website url:** | http://www.websherlock.com/affiliate.htm |
| **Description:** | WebSherlock.com is the leader in online investigation resources. Affiliates earn **50%** ($15.67) per sale, with tiered cash bonuses up to a 75% commission. Dedicated affiliate support and 100% ClickBank-processed. Submitted by Matthew Rosson, WebSherlock.com.. |
| **Base commission:** | Not available |
| **Two Tier:** | No |
| **Recurring Commissions:** | No |
| **Your Full Name:** | Not available |
| **Commission Type:** | Pay Per Sale |
| **Payment method:** | Check |
| **Payment frequency:** | Not available |
| **Minimum payment:** | Not available |
| **Affiliate software:** | Not available |
| **Cookie period:** | Not available |
| **Data feed:** | No |
| **Join here:** | Not available |
| **Number of Clicks:** | 56 |

### Affiliate Program Rating

This program is not yet rated. Be the first to rate it.

Site rank [Rate Program]

### Affiliate Program Comments

Comment Author: [ ]
Author Email: [ ]

## ADVICE ARTICLES

- **Beginners** Just getting started? Loads of powerful advice here for beginners.
- **Intermediate** Got a handle on the basics? Find more advanced topics covered here.
- **Advanced** Warning! Advanced topics covered here.
- **Affiliate resources** Affiliate marketing resources for affiliates and affiliate program managers tools, websites, books and articles.
- **Product reviews** Candid reviews of the latest products to take you to the next level.

## SITE MENU

- Glowing testimonials
- Site search hints
- About Us
- Contact Us
- Privacy policy
- RSS Feeds/ Syndicate
- Legal Stuff
- Site Map

**$1,000 to Promote Free Articles**

Click here

**Build a *REAL* business you're proud of**

1. Take the Quick Tour
2. See the Results
3. See the Proof
4. Take the Video Tour

Got a question? Talk to a successful SBI owner

**Your host: Allan Gardyne.** Earning a good living from affiliate programs since 1998.

## SPOTLIGHT

**Make Profit Today**
Multiple Streams of Income. $6000 a Week.
www.connection2wealth.com

**PPC 72,500% Faster**
The NEW PPC. Watch the Amazing Video Proof.
www.SpeedPPC.com

**$50 Yahoo! Credit FREE**
2nd Biggest PPC Traffic Source Get $50 of PPC Credit Free.
searchmarketing.yahoo.com

**Hate Writing Articles?**
440 Articles Every Month. Limited Members. Check it out.
www.plrpro.com

**Join our award winning affiliate newsletter and get our free bonus report:**

**"77 Ways To Get Traffic nearly all FREE"**

"I'm a long-time subscriber, since about '99. Thanks for yet another very useful ezine. After all these years, it's still refreshing to see you've maintained a hype-free zone."

*- Kirk VandenBerghe, Kauai, Hawaii.*

**Enter Your Email:**

[Subscribe now]

*We guarantee we will never sell or give your email address to anyone*

