**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA

450 GOLDEN GATE AVENUE

SAN FRANCISCO, CALIFORNIA 94102

Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

October 31, 2007

Thanasi Preovolos
Preovolos & Associates
401 B Street, Suite 1520
San Diego, CA 92101

**Re:    PACIFIC INFORMATION RESOURCES  v. ROSSON VENTURES LLC**
        C07-04394 (JCS)

Dear Counsel:

  This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

  The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

  A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **November 14, 2007.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

          Sincerely,

          RICHARD W. WIEKING

          By: Karen L.Hom
            Deputy Clerk

Attachments

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC INFORMATION RESOURCES,               No.  C 07-04394 JCS

           Plaintiff(s),               **CONSENT TO PROCEED BEFORE A**
**UNITED STATES MAGISTRATE JUDGE**

    v.

ROSSON VENTURES LLC, ET AL.,

           Defendant(s).

_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____               _____
                                               Signature

                                              Counsel for _____
                                              (Name or party or indicate "pro se")

1
2
3
4                                UNITED STATES DISTRICT COURT
5                               NORTHERN DISTRICT OF CALIFORNIA
6
7    PACIFIC INFORMATION RESOURCES,              No.  C 07-04394 JCS
8               Plaintiff(s),
                                                 **DECLINATION TO PROCEED BEFORE**
9          v.                                    **A MAGISTRATE JUDGE**
                                                                  **AND**
10   ROSSON VENTURES LLC, ET AL.,                **REQUEST FOR REASSIGNMENT TO A**
                                                 **UNITED STATES DISTRICT JUDGE**
11              Defendant(s).
12   _____/
13
14         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
15         The undersigned party in the above-captioned civil matter hereby declines to consent to the
16   assignment of this case to a United States Magistrate Judge for trial and disposition and hereby
17   requests the reassignment of this case to a United States District Judge.
18
19
20   Dated: _____        _____
                                                 Signature
21
22                                               Counsel for _____
23                                               (Name or party or indicate "pro se")
24
25
26
27
28

United States District Court
For the Northern District of California

3