Konrad L. Trope, Esq. SBN 133214
**Novo Law Group, P.C.**
4631 Teller Ave., Suite 140
Newport Beach, CA 92660
(949) 222-0899 (tel)
(949) 222-0983 (fax)

Attorneys for Plaintiff Pacific Information Resources, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., | CASE NO. C07-04394 (JCS) |
| Plaintiff, | REQUEST FOR CONTINUANCE OF CASE MANAGEMENT HEARING |
| vs. | |
| ROSSON VENTURES, LLC; MATTHEW ROSSON, as an individual; LINDA K. ROSSON, as an individual; BARRY T. ROSSON, as an individual, and DOES 1 through 100, inclusive, WHOSE IDENTITIES ARE UNKNOWN, | |
| Defendants. | |

**To all Counsel and their Attorneys of record and this Honorable Court:**

Plaintiff Pacific Information Resources, Defendants Rosson, LLC, Barry T. Rosson, Matthew Rosson, and Linda K. Rosson by and through their Counsel hereby stipulate to the continuation and re-setting of the Court's Case Management Conference currently set for Friday, November 30, 2007. The parties are in active settlement negotiations and believe the time provided by the continuance would be most beneficial.

1
REQUEST FOR CONTINUANCE OF CASE MANAGEMENT HEARING
Case No. C07-04394 (JCS)
pacific information resources\pleadings\rosson\rosson stipulationto continue CMC final as sent for sig 11 26 07

Therefore, the parties listed herein request the continuance of the Court's Case Management Hearing from November 30, 2007 until January 11, 2008.

Dated: November 26, 2007

Respectfully submitted,
**NOVO LAW GROUP, P.C.**

By:_____
Konrad L. Trope, Esq.
Attorneys for Plaintiff PACIFIC INFORMATION RESOURCES, INC.

Dated: November 26, 2007

Respectfully submitted,
**PREOVOLOS & ASSOCIATES**

By:_____
Thanasi Preovalos, Esq.
Attorneys for Defendants rosson Ventures, LLC, Matthew Rosson, Linda K. Rosson, and Barry T. Rosson

### [~~PROPOSED~~] ORDER

Plaintiff Pacific Information Resources and Defendants Rosson, LLC, Barry T. Rosson, Matthew Rosson, and Linda K. Rosson by and through their Counsel hereby stipulate to the continuation and re-setting of the Court's Case Management Conference currently set for Friday, November 30, 2007. The parties are in active settlement negotiations and believe the time provided by the continuance would be most beneficial.

Having considered the requested extension, and good cause appearing, therefore, and no prejudice being perceived to any of the in action, IT IS HEREBY ORDERED that:

1

2   The Court's Case Management/Scheduling Conference is Continued from November 30,
   at 1:30 p.m.
3   2007 until January 11, 2008, ~~at 9:00 a.m.~~

4   The joint case management conference statement shall be filed by Jan. 4, 2008.

5   Dated: November 28, 2007

6   
    Honorable Joseph C. Spero
7   United States Magistrate Judge
    for the Northern District of California

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero

---

3
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT HEARING**
Case No. C07-04394 (JCS)

pacific information resources\pleadings\rosson\rosson stipulationto continue CMC final as sent for sig 11 26 07

## PROOF OF SERVICE

I am employed in the County of Orange, State of California in the office of a member of the Bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within action; my business address is: **4631 Teller Avenue, Suite 140 Newport Beach, California 92660.**

On **November ___, 2007**, I served the foregoing document described as:

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT HEARING**

on the interested parties in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

*SEE ATTACHED SERVICE LIST*

**BY MAIL:** I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee at the address on the attached Mailing List.

**BY FEDEX:** I deposited such envelopes at Irvine, California for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express. They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

**BY FACSIMILE:** I transmitted the foregoing document by facsimile to the party(s) identified above by using the facsimile number(s) indicated. Said transmission(s) were verified as complete and without error.

XX   **BY INTERNET/E-MAIL:** I transmitted the foregoing document by e-mail to the party(s) identified above by using the Internet Protocol Addresses indicated. Said transmission(s) were verified as complete and without error.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **November 27, 2007**, at Irvine, California.

/s/J. Renée Nordyke

---

4
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT HEARING**
Case No. C07-04394 (JCS)

pacific information resources\pleadings\rosson\rosson stipulationto continue CMC final as sent for sig 11 26 07

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*SERVICE LIST:*
*Pacific Information Resources v Rosson, et. al.*
Case No. C07-04394 (JCS)

Thanasi Preovalos, Esq.
Preovalos & Associates
Wells Fargo Plaza
401 B Street Suite 1520
San Diego, CA, 92101
Tel:   (619) 696-0520
Fax:  (619) 238-5344

Attorneys for Rosson Ventures, LLC, Matthew Rosson, Linda K. Rosson, and Barry T. Rosson