UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC INFORMATION RESOURCES,

    Plaintiff,

v.

ROSSON VENTURES LLC et al,

    Defendant.

Case Number: CV07-04394 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thanasi Preovolos
Preovolos & Associates, ALC
401 B Street
Suite 1520
San Diego, CA 92101

Dated: November 28, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk