Athanasios K Preovolos, Esq SBN 182334
Pajman Jassim, Esq. SBN 228478
PREOVOLOS & ASSOCIATES, ALC
401 B Street, Suite 1520
San Diego, CA 92101
(619) 696-0520  phone
(619) 238-5344  fax

Attorney for Defendants Rosson Ventures, LLC,,
 Matthew Rosson, Linda K Rosson, and Barry T Rosson.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC,<br>    Plaintiff,<br>vs.<br>ROSSON VENTURES, LLC; MATTHEW ROSSON, an individual; LINDA K ROSSO, an individual; BARRY T ROSSON; an individual,<br>    Defendants and Counterclaimants,<br>vs.<br>PACIFIC INFORMATION RESOURCES, INC,<br>    Counter Defendant. | Case No.: 3:07-cv-04394-CJS<br><br>**DECLARATION OF ATTORNEY PREOVOLOS RE: SEPARATE CASE MANAGEMENT STATEMENT**<br><br>Department A<br>Judge Spero presiding<br><br>**Case Management Conference**<br>Date: 1/11/2008<br>Time: 1:30 pm |

I, Athanasios K Preovolos, declare as follows:

1.    I am an attorney at law duly licensed to practice before all courts of the State of California and a member of the bar of the above captioned federal court. I am the principal attorney at Preovolos & Associates, ALC, attorneys of record herein for the Rossons, defendants and counter claimants herein. The following is true of my own personal knowledge, except as to those things I believe on information to be true and so state, and if called upon I could and would testify competently to the same.

2. I have met and conferred by phone on 1/3/2008 and 1/4/2008 with opposing counsel, Attorney Conrad Trope, Esq., on the issue of settlement and dismissal of this case and believe this case will settle in the near future, possibly before the 1/11/2007 Case Management Conference. A draft Settlement Agreement has been circulated as of 1/4/2008.

3. I have expended reasonable efforts, to obtain the cooperation of Pacific Resources, Inc. plaintiff and counter defendant in this case, in the preparation of a Joint Case Management Statement.

4. On behalf of the Rossons, I am filing their Separate Case Management Statement in anticipation of the Case Management Conference calendared for /11/2008 at 1:30 pm in Department A.

5. As of the date and time of the filing of this declaration, I have not received a signature from Mr. Trope on the Joint Case Management Statement circulated although, except for his oral statement of unwillingness to the use of a magistrate judge, I believe he is in substantial agreement with its content. Therefore, I have filed a Separate Case Management Statement on behalf of my clients that contains essentially the same points.

I declare under Rule 11 of the federal Rule of Civil Procedure and under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

January 4, 2008

_____
Athanasios K Preovolos, Esq.
PREOVOLOS & ASSOCIATES, ALC
401 B Street, Suite 1520
San Diego, CA 92101

DECLARATION RE: SEPARATE CASE MANAGEMENT STATEMENT

2