

**PREOVOLOS & ASSOCIATES**
A LAW CORPORATION

San Diego
401 B Street, Suite 1520
San Diego, CA 92101
Phone 619-696-0520
Fax 619-238-5344

La Mesa
P.O. Box 2820
La Mesa, CA 91941
Toll Free 888-626-4law
www.thelawcorp.com

January 2, 2008

Magistrate Judge Spero
United States District Court
450 Golden Gate Avenue
San Francisco, Ca 94102

Re: Pacific Information Resources, Inc. v. Rosson Ventures, LLC
Case # 3:07-cv-04394-JCS

Dear Judge Spero:

Please consider this letter as my request to appear telephonically at the Case Management Conference currently calendared for January 11, 2008 at 1:30 in your department.

This conference was originally calendared for November 30th, 2007 and was continued by order of the court following stipulation of the parties.

Thank you for your kind attention to and consideration of my request.

Sincerely,

Athanasios K. Preovolos
Attorney for the Rossons

Cc:   Konrad Trope, Esq.
      Novo Law Group, PC
      4631 Teller Avenue, Suite 140
      Newport Beach, Ca 92660

      Attorney of Record for the plaintiff and cross defendant

Dated: Jan. 7, 2008



IT IS SO ORDERED
Judge Joseph C. Spero