UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES,<br><br>  Plaintiff(s),<br><br>  v.<br><br>ROSSON VENTURES LLC, ET AL.,<br><br>  Defendant(s). | No. C 07-04394 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: Jan 3, 2008

*[signature]*

Signature

Konrad L. Trope, Esq.

Counsel for  Plaintiff, Pacific
(Name or party or indicate "pro se")
Information Resources, Inc.

# PROOF OF SERVICE

I am employed in the County of Orange, State of California in the office of a member of the Bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within action; my business address is: **4631 Teller Avenue, Suite 140 Newport Beach, California 92660.**

On **January 3, 2008**, I served the foregoing document described as:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

*SEE ATTACHED SERVICE LIST*

**BY MAIL:** I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee at the address on the attached Mailing List.

**BY FEDEX:** I deposited such envelopes at Irvine, California for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express. They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

**BY FACSIMILE:** I transmitted the foregoing document by facsimile to the party(s) identified above by using the facsimile number(s) indicated. Said transmission(s) were verified as complete and without error.

XX **BY INTERNET/E-MAIL:** I transmitted the foregoing document by e-mail to the party(s) identified above by using the Internet Protocol Addresses indicated. Said transmission(s) were verified as complete and without error.

XX **BY INTERNET/E-MAIL WITH CLERK OF THE COURT:** I certify that on January 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing as indicated on the attached Mailing List.

1  I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2  Executed on **January 3, 2008**, at Irvine, California.

/s/J. Renée Nordyke

3
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
Case No. C07-04394 (JCS)

*SERVICE LIST:*
*Pacific Information Resources v Rosson, et. al.*
Case No. C07-04394 (JCS)

Thanasi Preovalos, Esq.
Preovalos & Associates
Wells Fargo Plaza
401 B Street Suite 1520
San Diego, CA, 92101
Tel:  (619) 696-0520
Fax:  (619) 238-5344

Attorneys for Rosson Ventures, LLC, Matthew Rosson, Linda K. Rosson, and Barry T. Rosson

4
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
Case No. C07-04394 (JCS)