**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

---

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  415.522.2000

**January 8, 2008**

CASE NUMBER:  CV 07-04394 JCS
CASE TITLE:  PACIFIC INFORMATION RESOURCES-v-ROSSON VENTURES LLC

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable PHYLLIS J. HAMILTON**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH**  immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/8/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                         Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies           Special Projects
Log Book Noted                                   Entered in Computer 1/8/08AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                          Transferor CSA