Athanasios K Preovolos, Esq SBN 182334
Pajman Jassim, Esq. SBN 228478
PREOVOLOS & ASSOCIATES, ALC
401 B Street, Suite 1520
San Diego, CA 92101
(619) 696-0520  phone
(619) 238-5344  fax

Attorney for Defendants Rosson Ventures, LLC,,
Matthew Rosson, Linda K Rosson, and Barry T Rosson.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC, <br>     Plaintiff, <br> vs. <br> ROSSON VENTURES, LLC; MATTHEW ROSSON, an individual; LINDA K ROSSO, an individual; BARRY T ROSSON; an individual, <br>     Defendants and Counterclaimants, <br> vs. <br> PACIFIC INFORMATION RESOURCES, INC, <br>     Counter Defendant. | Case No.: 3:07-cv-04394-PJH <br><br> **ENTRY OF APPEARANCE FOR ATTORNEY PAJMAN JASSIM, ESQ.** <br><br> **Courtroom 3, 17th floor** <br> **Judge Hamilton presiding** |

PLEASE TAKE NOTICE that defendants Attorney for Defendants Rosson Ventures, LLC, Matthew Rosson, Linda K Rosson, and Barry T Rosson, hereby enter the appearance in the above entitled action, case number 3:07-cv-04394 – PJH, of the undersigned additional attorney, Pajman Jassim Esq., a member in good standing of the bar of the above captioned Court.

/ / /

/ / /

1  You are hereby requested to add Mr. Jassim's name to your service lists and serve all
2  further papers and proceedings in said cause, except original process, upon said attorney Pajman
3  Jassim, Esq. in conjunction with attorney Athanasios Preovolos at their address as it appears in
4  the caption above.

Respectfully submitted

January 22, 2008

_____
Pajman Jassim, Esq.
PREOVOLOS & ASSOCIATES, ALC
401 B Street, Suite 1520
San Diego, CA 92101

ENTRY OF APPEARANCE FOR ATTORNEY PAJMAN JASSIM, ESQ.