1  Thanasi K Preovolos, Esq. SBN 182334
   Pajman Jassim, Esq. SBN 288478
2  PREOVOLOS & ASSOCIATES, ALC
   401 B Street, Suite 1520
3  San Diego, CA 92101
   TEL (619) 696-0520
4  FAX (619) 238-5344

5  Attorney for Defendants: Rosson Ventures, LLC,
   Matthew Rosson, Linda K Rosson, and Barry T Rosson.
6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 PACIFIC INFORMATION RESOURCES,        )   Case No.: 3:07-cv-04394-PJH
   INC,                                   )
13       Plaintiff,                       )
         vs.                              )
14 ROSSON VENTURES, LLC; MATTHEW          )   STIPULATION OF DISMISSAL
   ROSSON, an individual; LINDA K ROSSO,  )
15 an individual; BARRY T ROSSON; an      )
   individual,                            )   Courtroom 3, 17th Floor
16       Defendants and Counterclaimants, )   Judge P J Hamilton presiding
17       vs.                              )
   PACIFIC INFORMATION RESOURCES,        )   Complaint filed 8/24/2007
18 INC,                                   )
         Counter Defendant.               )
19                                        )
20 _____)

21     IT IS HEREBY STIPULATED by and between the parties to the above captioned action

22 by their respective counsel that the above captioned action and counterclaim be and hereby are

23 dismissed with prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1).

24     Respectfully submitted;

25 January __23__, 2008

26                                                    _____
                                                      Thanasi K Preovolos, Esq.
27                                                    PREOVOLOS & ASSOCIATES, ALC
                                                      401 B Street, Suite 1520
28                                                    San Diego, CA 92101
                                                      *Attorney for the Rossons*

January __2-3__, 2008

*signature: Konrad L Trope*
Konrad L Trope, Esq.
Novo Law Group, PC
4631 Teller Avenue, Suite 140
Newport Beach, CA, 92660
*Attorney for Pacific Information Resources*

**IT IS SO ORDERED**

January _____, 2008

_____
Hon. Phyllis J. Hamilton
Judge of the U S District Court