1  Thanasi K Preovolos, Esq. SBN 182334
   Pajman Jassim, Esq. SBN 288478
2  PREOVOLOS & ASSOCIATES, ALC
   401 B Street, Suite 1520
3  San Diego, CA 92101
   TEL (619) 696-0520
4  FAX (619) 238-5344

5  Attorney for Defendants: Rosson Ventures, LLC,
   Matthew Rosson, Linda K Rosson, and Barry T Rosson.

6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12  PACIFIC INFORMATION RESOURCES,        )   **Case No.: 3:07-cv-04394-PJH**
    INC,                                   )
13          Plaintiff,                     )
                                           )
         vs.                               )
14  ROSSON VENTURES, LLC; MATTHEW          )   **STIPULATION OF DISMISSAL**
    ROSSON, an individual; LINDA K ROSSO,  )    AND ORDER
15  an individual; BARRY T ROSSON; an      )
16  individual,                            )   **Courtroom 3, 17th Floor**
            Defendants and Counterclaimants, )   **Judge P J Hamilton presiding**
17       vs.                               )
18  PACIFIC INFORMATION RESOURCES,        )   **Complaint filed 8/24/2007**
    INC,                                   )
19          Counter Defendant.             )
                                           )
20  ─────────────────────────────────────  )

21          IT IS HEREBY STIPULATED by and between the parties to the above captioned action

22  by their respective counsel that the above captioned action and counterclaim be and hereby are

23  dismissed with prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1).

24          Respectfully submitted;

25  January  23  , 2008

26                                              Thanasi K Preovolos, Esq.
                                                PREOVOLOS & ASSOCIATES, ALC
27                                              401 B Street, Suite 1520
                                                San Diego, CA 92101
28                                              *Attorney for the Rossons*

1

2    January    2-3    , 2008

3                                    Konrad L Trope, Esq.
                                     Novo Law Group, PC
4                                    4631 Teller Avenue, Suite 140
                                     Newport Beach, CA, 92660
5                                    *Attorney for Pacific Information Resources*

6

7    **IT IS SO ORDERED**

8

9    January    January 29    , 2008

10

11

12                                   IT IS SO ORDERED

13                                   Judge Phyllis J. Hamilton

14

15                         UNITED STATES DISTRICT COURT
                           NORTHERN DISTRICT OF CALIFORNIA

16

17

18

19

20

21

22

23

24

25

26

27

28

*STIPULATION OF DISMISSAL*
*Case No. 3:07-cv-04394-CJS*
*Page 2*